ce: JMS

# ORIGINAL

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT**
**SENTENCE BY A PERSON IN FEDERAL CUSTODY**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 4 2007

at 4 o'clock and 30 min. P M
SUE BEITIA, CLERK

| United States District Court | District of Hawaii | |
|---|---|---|
| Name (under which you were convicted): Jesus Cacho | Docket or Case No.: 1:05CR00164-002 | |
| Place of Confinement: Taft, FCI. P.O.Box 7001; Taft CA 93268 | Prisoner No.: 93666-198 | |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) | |
| Plaintiff          v. | Jesus Cacho, Petitioner | |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: The United States District Court, District of Hawaii; 300 Ala Moana Blvd C-338; Honolulu, Hawaii 96850-0338

   (b) Criminal docket or case number (if you know): 1:05CR00164-002

2. (a) Date of the judgment of conviction (if you know): Agust 7, 2006

   (b) Date of sentencing: August 7, 2006

3. Length of sentence: 108 months

4. Nature of crime (all counts): Count 1, 21 U.S.C. §§841(a)(1) and 846 ; Conspiracy to distribute and possess with intent to distribute a quantity of methamphetamine in excess of 50 grams of methamphetamine. Count 2, 21 U.S.C. §§841(a)(1) and 18 U.S.C. §2, Aiding and abetting the posssession with intent to distribute a quantity of methamphetamine.

5. (a) What was your plea? (Check one)

   (1)  Not guilty ❑          (2)  Guilty ☒          (3)  Nolo contendere (no contest) ❑

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? I Just plea guilty to Count 1 and Count 2.

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ❑    Judge only ☒

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ❑    No ☒

8.  Did you appeal from the judgment of conviction?    Yes ❑    No ☒

9.  If you did appeal, answer the following:

(a) Name of court: _____None_____

(b) Docket or case number (if you know): _____None_____

(c) Result: _____None_____

(d) Date of result (if you know): _____None_____

(e) Citation to the case (if you know): _____None_____

(f) Grounds raised: _____None_____

_____

_____

_____

_____

_____

_____

_____

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ❑    No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know): _____None_____

(2) Result: _____None_____

_____

(3) Date of result (if you know): _____None_____

(4) Citation to the case (if you know): _____None_____

(5) Grounds raised: _____None_____

_____

_____

_____

_____

_____

_____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ❑    No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____None_____

(2) Docket or case number (if you know): _____None_____

(3) Date of filing (if you know): _____None_____

Page 4

(4) Nature of the proceeding: __None_____

(5) Grounds raised: __None_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ☐  No ☒

(7) Result: __None_____

(8) Date of result (if you know): __None_____

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court: __None_____

    (2) Docket or case number (if you know): __None_____

    (3) Date of filing (if you know): __None_____

    (4) Nature of the proceeding: __None_____

    (5) Grounds raised: __None_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ☐    No ☒

(7) Result: __None_____

(8) Date of result (if you know): __None_____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:        Yes ☐    No ☒

    (2)  Second petition:    Yes ☐    No ☒

Page 5

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly

why you did not:  Because Attorney Mr. David A. Elden, who was in charged

my case representation advised his law partner Attorney William M.

Domingo, to persuade me not to appeal my conviction and sentenced.

12. For this motion, state every ground on which you claim that you are being held in violation of the
Constitution, laws, or treaties of the United States.  Attach additional pages if you have more
than four grounds.  State the facts supporting each ground.

**GROUND ONE:**  Conviction obtained by plea of guilty which was unlawfully

induced and without understanding the consequences of the plea.

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

I was not giving the opportunity to clearly understand the consequences

and effects of the maximum penalties and including the special terms of

restitution's payments.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑  No ☒

(2) If you did not raise this issue in your direct appeal, explain why:  My Lawyer, adviced

and persuaded not to file any direct Appeal.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:  None

Name and location of the court where the motion or petition was filed:  None

Docket or case number (if you know): __None_____

Date of the court's decision: __None_____

Result (attach a copy of the court's opinion or order, if available): __None_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __None_____

_____

Docket or case number (if you know): __None_____

Date of the court's decision: __None_____

Result (attach a copy of the court's opinion or order, if available): __None_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: __None_____

_____

_____

_____

_____


**GROUND TWO**: __Conviction obtained by use of evidence obtained pursuant to__
__an unlawful arrest.__

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):
__At the time of my arrest my Constitutional Rights under 4th. Amendment__
__were ignored by the arresting Officers, whom never provided any Arrest__
__warrant or presented the Probable Cause and no Miranda Rights were lawful-__
__ly executed.__

_____

_____

_____

_____

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❏    No ☒

(2) If you did not raise this issue in your direct appeal, explain why: <u>My Lawyer, advised</u>
<u>and persuaded not to file any direct Appeal.</u>

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❏    No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: <u>None</u>

Name and location of the court where the motion or petition was filed: <u>None</u>

Docket or case number (if you know): <u>None</u>

Date of the court's decision: <u>None</u>

Result (attach a copy of the court's opinion or order, if available): <u>None</u>

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❏    No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❏    No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏    No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: <u>None</u>

Docket or case number (if you know): <u>None</u>

Date of the court's decision: <u>None</u>

Result (attach a copy of the court's opinion or order, if available): <u>None</u>

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: <u>My Lawyer, adviced and persuaded not to file any direct</u> <u>Appeal.</u>

**GROUND THREE:** <u>Conviction obtained by the unconstitutional failure of</u> <u>the prosecution to disclose to the defendant evidence favorable to the</u> <u>defendant.</u>
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): <u>The USA Government never allowed an opportunity to review the Grand Jury</u> <u>Minutes, or provided exculpatory evidence pertaining to the Informant.</u> <u>The Government withheld exculpatory evidence that were presented by the</u> <u>Informant's testimony and information and Informant's information with the</u> <u>agents and government.</u>

**(b) Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: <u>My Lawyer, adviced</u> <u>and persuaded not to file any direct Appeal.</u>

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: <u>None</u>

Name and location of the court where the motion or petition was filed: <u>None</u>

Docket or case number (if you know): <u>None</u>

Date of the court's decision: <u>None</u>

Page 9

Result (attach a copy of the court's opinion or order, if available): ___None___

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

   Yes ❏    No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

   Yes ❏    No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❏    No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ___None___

_____

Docket or case number (if you know): ___None___

Date of the court's decision: ___None___

Result (attach a copy of the court's opinion or order, if available): ___None___

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ___None___

_____

_____

_____

_____

**GROUND FOUR:** ___Denial of effective assistance of counsel___

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Retained Attorney failed to provide adequate and Constitutional representation as mandated by the United States Constitution's Sixth Amendment.

_____

_____

_____

_____

_____

_____

(b)  **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ❑  No ☒

   (2) If you did not raise this issue in your direct appeal, explain why:  My lawyer, Adviced
and persuaded not to file any direct Appeal.

(c)  **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ❑  No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition:  None

   Name and location of the court where the motion or petition was filed:  None

   Docket or case number (if you know):  None

   Date of the court's decision:  None

   Result (attach a copy of the court's opinion or order, if available):  None

   (3) Did you receive a hearing on your motion, petition, or application?

   Yes ❑  No ☒

   (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ❑  No ☒

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❑  No ☒

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed:  None

   Docket or case number (if you know):  None

   Date of the court's decision:  None

   Result (attach a copy of the court's opinion or order, if available):  None

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: <u>My Lawyer, Adviced and persuaded not to file any direct</u> <u>Appeal.</u>

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: <u>Conviction obtained by plea of guilty which was unlaw-</u> <u>fully induce or not made voluntary or with understanding of the nature</u> <u>of the charge and the consequences of the plea. Conviction obtained by</u> <u>use of evidence obtained pursuant to an unlawful arrest. Conviction</u> <u>obtained by the unconstitutional failure of the prosecution to disclose</u> <u>to the defendant evidence favorable to the defendant. Denial of effec-</u> <u>tive assistance of counsel.</u>

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐    No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. <u>None</u>

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: <u>Attorney Jose C. Rojo, located at 3745 Fourth</u> <u>Avenue; San Diego, California 92103.</u>
(b) At arraignment and plea: <u>Attorney Jose C. Rojo, 3745 Fourth Avenue; San</u> <u>Diego, California 92103.</u>
(c) At trial: <u>None</u>

(d) At sentencing: <u>Attorney David A. Elden; 11377 West Olympic Boulevard</u> <u>Ninth Floor; Los Angeles, California 90064.</u>

(e) On appeal: <u>None</u>

(f) In any post-conviction proceeding: <u>None</u>

(g) On appeal from any ruling against you in a post-conviction proceeding: <u>None</u>

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: <u>None</u>

(b) Give the date the other sentence was imposed: <u>None</u>

(c) Give the length of the other sentence: <u>None</u>

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ☐ No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*  I am within the time allow by the ("AEDPA") of one year.

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of —August 7, 2006.

    (1) the date on which the judgment of conviction became final;

    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: <u>To evaluate and consider</u> <u>the exigent circumstances of approaching time limitations of one year and</u> <u>allow defendant permission for an extention of time of 60 days to prepared</u> <u>and to be able to present before this Court his memorandum of law.</u> or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ _____ (month, date, year).


Executed (signed) on ___7/19/07___ (date).

_____
Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____ _____ _____


### IN FORMA PAUPERIS DECLARATION

_____
[Insert appropriate court]

* * * * *