

JESUS CACHO
Reg. No. 93666-198
GEO Group TCI
Post Office Box 7001
Taft, California 93268

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 24
DISTRICT OF HAWAII

UNITED STATES DISTRICT
DISTRICT OF HAWAII
CLERK'S OFFICE
300 Ala Moana Blvd, C-



TAFT CORRECTIONAL INSTITUTION
P.O. BOX 7000- TAFT, CA 93268
THE ENCLOSED MAIL WAS PROCESSED THROUGH SPECIAL MAILING
PROCEEDURES FOR FORWARDING TO YOU  THE MAIL HAS NEITHER
BEEN OPENED NOR INSPECTED.  IF THE WRITER RAISES A QUESTION
OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU
MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION
OR CLARIFICATION.  IF THE WRITER ENCLOSES CORRESPONDENCE
FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE
ENCLOSURE TO THE ABOVE ADDRESS. ; 7-20-07