ORIGINAL

Jesus Cacho
Reg. No. 93666-198
Taft, FCI
Post Office Box 7001
Taft, California 93268

   In Pro-Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 4 2007

at 4 o'clock and 30 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CASE CV: |
|---|---|
| Plaintiff, | ) |
| | ) CR NO. 1:05CR00164-002 |
| -vs- | ) |
| | ) MOTION TO REQUEST AN EXTENTION |
| | ) OF TIME OF 60 DAYS, TO PREPARE |
| JESUS CACHO, | ) PETITIONER'S MEMORANDUM OF LAW |
| | ) IN SUPPORT OF DEFENDANT'S |
| Petitioner. | ) MOTION TO VACATE, SET ASIDE OR |
| | ) CORRECT SENTENCE BY A PERSON IN |
| | ) FEDERAL CUSTODY-PURSUANT TO |
| | ) 28 U.S.C. § 2255. |

NOW COMES the petitioner, Jesus Cacho, in the above captioned matter and pursuant to the procedural provisions of 28 U.S.C. § 1915(a)(1),(2) and the Anti-Terrorism and Effective Death Penalty Act of 1996 **("AEDPA")**, respectfully petitions this Honorable District Court to evaluate and to consider the exigent circumstances of approaching time limitations of one year and allow defendant permission for an extention of time of **60 days**, to prepare and to be able to present before this court his memorandum of law in support of his §2255 motion. The extention of time is crucial and necessary because petitioner haven't had received

copies of case file, motions, transcripts, witnesses reports, police, lab, affidavits taken by the FBI, Court hearings transcripts and Informant's Information.

Without the aid of this material petitioner can't prepare or be able to adequately raise any Constitutional arguments, specifically it is submitted that the issues presented an opportunity for this Court to resolve questions implicating due process as well as questions that go to the core of the integrity of the Sixth Amendment. For the stated reasons defendant respectfully request this Honorable Court to grant petitioner's motion for an extention of time.

Respectfully submitted by

_____
Jesus Cacho, In Pro-Se

Dated 7/19/07.

7/18/2007  3:27:44PM

# TAFT CORRECTIONAL INST.
## Individual Account Report for General Account

| Prsn. Number | Last Name | First Name | MI | DOB |
|---|---|---|---|---|
| 93666-198 | CACHO | JESUS | | |

| Location | Classification | Intake Date | Expected Release | On Count Cur Balance |
|---|---|---|---|---|
| A2D | A | 09/18/2006 | | 0.00 |

| Date | Deposit Amt | Comment | Cat Code | Withdrawal Amt | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 09/18/2006 | | | 00 | | Intake | 0.00 |
| 09/26/2006 | 200.00 | J CACHO | 14 | | MONEY ORDER | 200.00 |
| 09/26/2006 | | Canteen Recpt No. 105174 | 54 | 153.18 | Commissary | 46.82 |
| 09/26/2006 | | Canteen Recpt No. 105185 | 54 | 46.81 | Commissary | 0.01 |
| 10/02/2006 | 300.00 | J CACHO | 14 | | MONEY ORDER | 300.01 |
| 10/02/2006 | | Canteen Recpt No. 106206 | 54 | 104.06 | Commissary | 195.95 |
| 10/06/2006 | | Canteen Recpt No. 106754 | 54 | 75.24 | Commissary | 120.71 |
| 10/06/2006 | 200.00 | J CACHO | 14 | | MONEY ORDER | 320.71 |
| 10/06/2006 | | Canteen Recpt No. 106932 | 54 | 118.08 | Commissary | 202.63 |
| 10/12/2006 | | Canteen Recpt No. 107769 | 54 | 46.57 | Commissary | 156.06 |
| 10/13/2006 | 105.54 | US TREAS/HONOLULU | 14 | | MONEY ORDER | 261.60 |
| 10/13/2006 | | Canteen Recpt No. 109742 | 54 | 31.10 | Commissary | 230.50 |
| 10/24/2006 | | Canteen Recpt No. 109744 | 54 | 15.60 | Commissary | 214.90 |
| 10/24/2006 | 200.00 | J CADRO | 14 | | MONEY ORDER | 414.90 |
| 11/03/2006 | 75.24 | Canteen Rt Recpt No. 111277 | 04 | | Commissary Credit | 490.14 |
| 11/03/2006 | | Canteen Recpt No. 88090 | 54 | 248.10 | Commissary | 242.04 |
| 11/03/2006 | | Canteen Recpt No. 88092 | 54 | 14.96 | Commissary | 227.08 |
| 11/07/2006 | 15.60 | US TREAS/HONOLULU | 14 | | MONEY ORDER | 242.68 |
| 11/09/2006 | | Canteen Recpt No. 112160 | 54 | 117.04 | Commissary | 125.64 |
| 11/13/2006 | 4.32 | | 44 | | INMATE PAYROLL | 129.96 |
| 11/21/2006 | | Canteen Recpt No. 113842 | 54 | 59.24 | Commissary | 70.72 |
| 11/28/2006 | 200.00 | B MARTINEZ | 14 | | MONEY ORDER | 270.72 |
| 12/01/2006 | | Canteen Recpt No. 115313 | 54 | 266.31 | Commissary | 4.41 |
| 12/07/2006 | 200.00 | J CACHO | 14 | | MONEY ORDER | 204.41 |
| 12/07/2006 | | Canteen Recpt No. 116168 | 54 | 45.68 | Commissary | 158.73 |
| 12/11/2006 | 5.04 | | 44 | | INMATE PAYROLL | 163.77 |
| 12/11/2006 | | | 91 | 25.00 | Assessment | 138.77 |
| 12/11/2006 | | Canteen Recpt No. 117005 | 54 | 62.04 | Commissary | 76.73 |
| 12/13/2006 | | Canteen Recpt No. 117241 | 54 | 14.14 | Commissary | 62.59 |
| 12/19/2006 | | Canteen Recpt No. 94143 | 54 | 45.00 | Commissary | 17.59 |

Copyright 1998
indrpt
General
CCW

1

7/18/2007                                                                                                                                                              3:27:44PM
General                              **TAFT CORRECTIONAL INST.**
                           **Individual Account Report for General Account**

| Prsn. Number | Last Name | First Name | MI | DOB |
|---|---|---|---|---|
| 93666-198 | CACHO | JESUS | | |

| Location | Classification | Intake Date | Expected Release | On Count Cur Balance |
|---|---|---|---|---|
| A2D | A | 09/18/2006 | | 0.00 |

| Date | Deposit Amt | Comment | Cat Code | Withdrawal Amt | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 12/26/2006 | 100.00 | J CACHO | 14 | | MONEY ORDER | 117.59 |
| 12/29/2006 | | Canteen Recpt No. 95320 | 54 | 27.80 | Commissary | 89.79 |
| 01/04/2007 | | Canteen Recpt No. 120400 | 54 | 81.94 | Commissary | 7.85 |
| 01/08/2007 | | Canteen Recpt No. 120981 | 54 | 5.57 | Commissary | 2.28 |
| 01/08/2007 | 5.04 | | 44 | | Commissary | 7.32 |
| 01/10/2007 | 0.60 | US TREAS/HONOLULU | 14 | | INMATE PAYROLL | 7.92 |
| 01/10/2007 | | Canteen Recpt No. 121507 | 54 | 7.34 | Commissary | 0.58 |
| 01/12/2007 | 200.00 | J CACHO | 14 | | MONEY ORDER | 200.58 |
| 01/16/2007 | | Canteen Recpt No. 122203 | 54 | 130.51 | Commissary | 70.07 |
| 01/22/2007 | | Canteen Recpt No. 123200 | 54 | 69.49 | Commissary | 0.58 |
| 01/31/2007 | 200.00 | J CACHO | 14 | | MONEY ORDER | 200.58 |
| 02/01/2007 | | Canteen Recpt No. 124672 | 54 | 153.97 | Commissary | 46.61 |
| 02/05/2007 | | Canteen Recpt No. 125254 | 54 | 15.84 | Commissary | 30.77 |
| 02/07/2007 | | Canteen Recpt No. 125619 | 54 | 27.02 | Commissary | 3.75 |
| 02/12/2007 | 4.56 | | 44 | | Commissary | 8.31 |
| 02/13/2007 | | Canteen Recpt No. 101330 | 54 | 8.00 | Commissary | 0.31 |
| 02/14/2007 | 100.00 | L CACHO | 14 | | MONEY ORDER | 100.31 |
| 02/15/2007 | | Canteen Recpt No. 127302 | 54 | 20.00 | Commissary | 80.31 |
| 02/23/2007 | | Canteen Recpt No. 128207 | 54 | 41.17 | Commissary | 39.14 |
| 02/26/2007 | | Canteen Recpt No. 128529 | 54 | 19.27 | Commissary | 19.87 |
| 03/01/2007 | | Canteen Recpt No. 129114 | 54 | 17.30 | Commissary | 2.57 |
| 03/02/2007 | 100.00 | J CACHO | 14 | | MONEY ORDER | 102.57 |
| 03/05/2007 | | Canteen Recpt No. 129694 | 54 | 35.50 | Commissary | 67.07 |
| 03/07/2007 | | Canteen Recpt No. 104266 | 54 | 35.29 | Commissary | 31.78 |
| 03/12/2007 | 14.52 | | 44 | | Commissary | 46.30 |
| 03/12/2007 | | | 91 | 25.00 | INMATE PAYROLL Assessment | 21.30 |
| 03/13/2007 | 100.00 | J CACHO | 14 | | MONEY ORDER | 121.30 |
| 03/13/2007 | | Canteen Recpt No. 105238 | 54 | 82.12 | Commissary | 39.18 |
| 03/19/2007 | | Canteen Recpt No. 132180 | 54 | 29.15 | Commissary | 10.03 |
| 03/27/2007 | 100.00 | J CASHO | 14 | | MONEY ORDER | 110.03 |

2

Copyright 1998 indrpt LJCCW

7/18/2007 3:27:44PM

# TAFT CORRECTIONAL INST.
## Individual Account Report for General Account

| Prsn. Number | Last Name | First Name | MI | DOB |
|---|---|---|---|---|
| 93666-198 | CACHO | JESUS | | |

| Location | Classification | Intake Date | Expected Release | On Count Cur Balance |
|---|---|---|---|---|
| A2D | A | 09/18/2006 | | 0.00 |

| Date | Deposit Amt | Comment | Withdrawal Amt | Cat Code | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 03/29/2007 | | Canteen Recpt No. 133857 | 101.16 | 54 | Commissary | 8.87 |
| 04/09/2007 | 7.26 | J. CACHO | | 44 | INMATE PAYROLL | 16.13 |
| 04/12/2007 | 250.00 | J. CACHO | | 14 | MONEY ORDER | 266.13 |
| 04/13/2007 | | Canteen Recpt No. 109388 | 30.00 | 54 | Commissary | 236.13 |
| 04/16/2007 | | Canteen Recpt No. 109827 | 36.46 | 54 | Commissary | 199.67 |
| 04/18/2007 | 400.00 | A MARTINEZ | | 14 | MONEY ORDER | 599.67 |
| 04/20/2007 | | Canteen Recpt No. 110446 | 110.61 | 54 | Commissary | 489.06 |
| 04/26/2007 | | Canteen Recpt No. 138823 | 136.33 | 54 | Commissary | 352.73 |
| 04/30/2007 | | Canteen Recpt No. 111688 | 20.05 | 54 | Commissary | 332.68 |
| 05/02/2007 | | Canteen Recpt No. 139523 | 78.43 | 54 | Commissary | 254.25 |
| 05/02/2007 | 7.80 | Canteen Rt Recpt No. 139524 | | 04 | Commissary Credit | 262.05 |
| 05/07/2007 | | Canteen Recpt No. 112697 | 17.40 | 54 | Commissary | 244.65 |
| 05/08/2007 | | Canteen Recpt No. 140703 | 75.26 | 54 | Commissary | 169.39 |
| 05/14/2007 | | Canteen Recpt No. 141598 | 21.15 | 54 | Commissary | 148.24 |
| 05/14/2007 | 12.60 | | | 44 | INMATE PAYROLL | 160.84 |
| 05/14/2007 | | | 25.00 | 91 | Assessment | 135.84 |
| 05/18/2007 | | Canteen Recpt No. 114385 | 99.71 | 54 | Commissary | 36.13 |
| 05/22/2007 | 100.00 | J CACHO | | 14 | MONEY ORDER | 136.13 |
| 05/24/2007 | | Canteen Recpt No. 143630 | 37.48 | 54 | Commissary | 98.65 |
| 05/25/2007 | | BOOK ORDER | 15.54 | 57 | Taft College | 83.11 |
| 06/05/2007 | | Canteen Recpt No. 116112 | 38.28 | 54 | Commissary | 44.83 |
| 06/11/2007 | | Canteen Recpt No. 145921 | 18.73 | 54 | Commissary | 26.10 |
| 06/11/2007 | 13.20 | | | 44 | INMATE PAYROLL | 39.30 |
| 06/11/2007 | | | 25.00 | 91 | Assessment | 14.30 |
| 06/12/2007 | 270.00 | C RUIZ | | 14 | MONEY ORDER | 284.30 |
| 06/15/2007 | | Canteen Recpt No. 146990 | 162.03 | 54 | Commissary | 122.27 |
| 06/19/2007 | 90.00 | T.C. INCENTIVE | | 08 | INMATE PAY ADJ | 212.27 |
| 06/21/2007 | | Canteen Recpt No. 147901 | 138.96 | 54 | Commissary | 73.31 |
| 06/29/2007 | 200.00 | J. CACHO | | 14 | MONEY ORDER | 273.31 |
| 07/03/2007 | | Canteen Recpt No. 149535 | 273.14 | 54 | Commissary | 0.17 |

3

7/18/2007 3:27:44PM

# TAFT CORRECTIONAL INST.
## Individual Account Report for General Account

| Prsn. Number | Last Name | First Name | MI | DOB | On Count Cur Balance |
|---|---|---|---|---|---|
| 93666-198 | CACHO | JESUS | | | 0.00 |

| Location | Classification | Intake Date | Expected Release |
|---|---|---|---|
| A2D | A | 09/18/2006 | |

| Date | Deposit Amt | Comment | Withdrawal Amt | Cat Code | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 07/09/2007 | 18.70 | Canteen Recpt No. 150600 | | 44 | INMATE PAYROLL | 18.87 |
| 07/10/2007 | | J. CACHO | 14.75 | 54 | Commissary | 4.12 |
| 07/13/2007 | 250.00 | Canteen Recpt No. 151675 | | 14 | MONEY ORDER | 254.12 |
| 07/16/2007 | | | 32.47 | 54 | Commissary | 221.65 |
| 07/17/2007 | | IFRP SPECIAL PAYMENT | 50.00 | 91 | Assessment | 171.65 |

# CERTIFICATE OF SERVICE

I, Jesus Cacho _____ hereby certify that I have served a true and correct copy of the following: 13 pages of Application for relief pursuant to U.S.C. 28 § 2255, and a three page motion for an extention of time of (60) days.

Which is deemed filed at the time it was deposited in Taft Correctional Institution's internal mail system, since TCI has no separate system designed for legal mail, in accordance with Rule 4, Federal Rules of Appellate Procedure and Houston V. Lack, 108 S. Ct. 2379 (1988), by placing same in a sealed, first class postage prepaid envelope addressed to : The United States District Court Clerk's Office, District of Hawaii; at 300 Ala Moana Boulevard, C-338; Honolulu, Hawaii 96850-0338.

and depositing same in the institution mail box at Taft Correctional Institution at Taft, California.

I declare, under penalty of perjury (Title 28 U.S.C. 1746), That the foregoing is true and correct.

Dated this  19  day of  July , 2007 .

_____
Reg. No. 93666-198
Taft, FCI
Post Office Box 7001
Taft, California 93268

page 3 of 3.