JEUS CACHO
Reg. #: 93666-198
Taft, FCI
Post Office Box 7001
Taft, California 93268

RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 24 2007
4:30 pm
DISTRICT OF HAWAII

CR 05-00164-02

July 19, 2007

United States District Court
District of Hawaii
Clerk's Office
300 Ala Moana Blvd, C-338

Dear Clerk:

enclosed for filing please find my original and 2, copies of 28 U.S.C. § 2255, forms completed and my original and 3 copies of my motion for an extention of time. Please file the necessary copies and return a conformed and filed copy back to me in the self addressed envelope enclosed herein for your convenienced.

I thank you in advanced for your cooperation and assistance as to expedite this matter.

Sincerely yours

[signature]

Jesus Cacho

Enclosures