IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JESUS CACHO, | ) | CIV. NO. 07-00404 JMS |
| | ) | CR. NO.   05-00164-02 JMS |
| Petitioner, | ) | |
| | ) | ORDER GRANTING REQUEST FOR |
| vs. | ) | EXTENSION OF TIME OF 60 DAYS |
| UNITED STATES OF AMERICA, | ) | TO PREPARE PETITIONER'S |
| | ) | MEMORANDUM OF LAW IN |
| Respondent. | ) | SUPPORT OF MOTION TO |
| | ) | VACATE, SET ASIDE OR CORRECT |
| | ) | SENTENCE BY A PERSON IN |
| | ) | FEDERAL CUSTODY PURSUANT |
| _____ | ) | TO 28 U.S.C. § 2255 |

ORDER GRANTING REQUEST FOR EXTENSION OF TIME OF 60 DAYS TO PREPARE PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY PURSUANT TO 28 U.S.C. § 2255

On July 24, 2007, pro se petitioner Jesus Cacho ("Cacho") filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.  Cacho also filed a motion requesting an extension of time of 60 days in which to file his memorandum of law in support of his motion to vacate, set aside or correct sentence.  That motion is GRANTED.

Cacho must file his memorandum of law in support of his Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody by Tuesday,

October 2, 2007.   Absent extraordinary circumstances, no further continuance will be granted.

       IT IS SO ORDERED.

       DATED:  Honolulu, Hawaii, August 3, 2007.



    /s/ J. Michael Seabright
    J. Michael Seabright
    United States District Judge

*U.S.A. v. Jesus Cacho*, Civ. No. 07-00404 JMS, Order Granting Request for Extension of Time of 60 Days for Petitioner to Prepare Memorandum of Law in Support of Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255