State of California

County of SAN DIEGO                    } ss.

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

On SEP-13-2007 , before me, Jesus Cardozo ,
       Date                                              Printed Name of Notary Public

personally appeared JESIKA PACHO ,
                                           Printed Name(s) of Signer(s)

☐ personally known to me  - or -

☒ proved to me on the basis of satisfactory evidence:

    ☒ form(s) of identification  DRIVER LICENSE OF CALIFORNIA  A9269966

    ☐ credible witness(es)  _____

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

(Seal)

_____
Signature of Notary Public

## OPTIONAL INFORMATION

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.*

## Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of _____

_____ ,

containing _____ pages, and dated _____ .

The signer(s) capacity or authority is/are as:

☐ Individual(s)

☐ Attorney-in-Fact

☐ Corporate Officer(s) _____
                                        Title(s)

☐ Guardian/Conservator

☐ Partner - Limited/General

☐ Trustee(s)

☐ Other: _____

representing: _____
        Name(s) of Person(s) or Entity(ies) Signer is Representing

**Additional Information**

☐ Additional Signer(s)    ☐ Signer(s) Thumbprint(s)

☐ Other

© Copyright 2004 Notary Rotary, Inc. 925 29th St., Des Moines, IA 50312-3612   Form ACK02. 02/04.   To re-order, call toll-free 1-877-349-6588 or visit us on the internet at http://www.thenotaryshop.com

EXHIBIT " 1 "

September 13, 2007

From: Jesika Cacho

To: Whom may concern

 I received a CD from the Law Office of David Elden with the information of my husband case. The total of pages on the CD was around 638 .
That information on CD was printed and sended to him.
 If you need more information please contact me at 619 261 6710.

Jesika Cacho



EXHIBIT " 1 "