**MTC** Management & Training Corporation

# TCI INMATE REQUEST TO STAFF

NAME: Jesus Cacho           REG #: 93666-198           DATE: 8/31/2007

Work Assignment: Education GED-Spanish, Tutor           Unit / Bed: A2D-18-Up

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

TO: Newly Institution Warden, Mr. Elder
(Name and Title of Officer)

SUBJECT: State completely but briefly the problem on which you desire assistance and what you think should be done. (Give details)

Sir. your assistance and cooperation is herein respectfully requested to readdress my grievances and to honestly conduct an independent review of the following Unprofessional, Unethical and Blatant abused that have being the practice of T.C.I.'s, Mail room Staff specifically by Ms. Victoria Espinoza, ex employee of GEO Group, Inc. The specific abusive actions to be address are as follows: On or about May 13, 2007, I mailed a correspondence to my Lawyer requesting my entire Court case file and documents and other tangible papers needed in my upcoming pro-se preparation of my Collateral Review pursuant to 28 §2255. My Lawyer Mr. David A. Elden, complied with my request and mailed the requested files to T.C.I. in accordance with Special Mail Procedures as set forth in CFR 29 §54018(a), which required the sender to adequately identified himself in the envelope and marking 'Special Legal Mail open only in the presence of the inmate." Please See Attachment.,

DISPOSITION: (Do not write in this space)           DATE: _____

Officer: _____

EXHIBIT " 2 "

CP-006

## TCI INMATE REQUEST TO STAFF
## ONE PAGE ATTACHMENT

    CFR-28§540.18, has established the procedural standards for the inspection of incoming special mail stating at (a): " The Warden shall open incoming special legal mail only in the presence of the inmate for inspection, of physical contraband and the qualifications of any enclosures as special mail., The correspondence may not be read or copied if the sender is adequately identified." quotations omitted from the original. Id. at CFR 28 §540.18, page 564.  Now I'm well aware that at any BOP, Institutions as well as any contract facility,Unit Counselors are charged with the inspection and deliver of legal correspondence.  However prior to the transitional management changed the GEO Group, Inc; instructed their mail room staff to ignored those procedures and to open any incoming legal mail and to read their contents, revised each and every document then destroyed the envelop to justified their actions.

    Warden Elder, I do believed that your intervention as Newly executive Chief, of T.C.I. is crucial and necessary to put and end to those fraudulent practices still being conducted by Victoria Espinoza, Mail Room Supervisor and B Crubtree-GEO ex employees who have not appreciated MTC, values, integrity and contract agreement with the BOP.  I am saying this because my Special Legal Mail, was mailed in accordance to the CFR 28§540.18,standards but withheld for ONE week,  read, disbinder and the box or envelop was destroyed then they placed my special legal mail in a paper bag in an effort to conceal their fraudulent practices well rooted by GEO their ex employer.  I have inquired their actions and according to their response they are still loyal to GEO practices as it shown in their response. See Attachment.  For all stated reasons please Mr. Elder, find an adequate solution and explanation.

Sincerely yours

_/s/_
_____
Jesus Cacho


One Page Attachment


EXHIBIT " 2 "

BP-S328.058  STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER  CDFRM
APR 94
U.S. DEPARTMENT OF JUSTICE                                 FEDERAL BUREAU OF PRISONS

| TO: (Sender - See Return Address) | FROM: (Institution) |
|---|---|
| Law offices of David A. Elden<br>11377 West Olympic Blvd.<br>Tenth Floor<br>L.A, CA. 90064 | TAFT CORRECTIONAL INSTITUTION<br>PO BOX 7000<br>TAFT, CA 93268 |

| INMATE'S NAME: | REGISTER NUMBER: | DATE: |
|---|---|---|
| Cacho, Jesus | 93666-198  2D | 8/29/07 |

(Check One)                              Material Returned

___ You enclosed with your correspondence stamps or stamped items that cannot be given to the inmate.

___ The below material cannot be inspected without damage

___ Electronic Musical Greeting Card

___ You enclosed with your correspondence an incorrectly prepared negotiable instrument. (Negotiable instruments require the inmate's committed name and register number.)

___ Padded Card

___ Double Faced Polaroid Photos

X  You enclosed unauthorized material:

___ Other - specify below

___ Body Hair

___ Plant Shavings

___ Sexually Explicit Personal Photos

X Other - specify below:

The correspondence or letter has, however, been provided to the inmate with a copy of this notice.

Specific Material Returned:

1 - Plastic & Metal Binder.
1 - Statement of Reasons.
1 - Presentence Investigations.

(Printed or Typed Name and Written Signature of Legal Technician)
        B. Crabtree  /s/

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File; Copy - Central File.
(This form may be replicated via WP)                    Replaces BP-328(52) of JAN 91

EXHIBIT " 2 "

# MEMORANDUM



**GLOBAL EXPERTISE IN OUTSOURCING**

**The GEO Group, Inc.**

TAFT CORRECTIONAL
INSTITUTION
1500 Cadet Rd.
P. O. Box 7000
Taft, CA 93268

www.thegeogroupinc.com

RE:    OPENING OF ATTORNEY/CLIENT MAIL

This memorandum is provided to further clarify the policy requirements regarding the opening or non-opening, of legal or special mail.

T.C.I. Mail Policy 21.001, page 12, Section 2 & 5, clearly states that the **individual attorney or approved sender** must be adequately identified on the envelope and the front of the envelope is marked "Legal Mail/Special Mail, Attorney Client Mail," or similar language in order for the mail to be treated as legal/special mail. Mail from an attorney must clearly identify the sender as an attorney. The use of the title "Esquire" without additional indication of the sender's occupation does not establish the bearer as an attorney or legal aid supervisor. However, use of the title Esquire after the sender's name, in addition to the same name being included in the return address of the law office, does sufficiently identify the sender as an attorney.

An example of a letter not meeting the above requirements is as follows:

A letter from a law firm such as Smith, Jones & Brown, Attorneys at Law or the Law Offices of Smith, Jones and Brown. Mail from attorneys must be identified as being from an attorney and not simply from a law firm or office. The actual **individual attorney's name** that is sending the letter must be on the envelope. If the **individual attorney's name** is **not** on the envelope, the mail will be treated as regular mail.

EXHIBIT " 2 "

| | TCI POLICY and PROCEDURE MANUAL<br><br>CHAPTER: Mail, Telephone and Visiting<br><br>TITLE: Mail<br><br>BOP CONCURRENCE:  Jan. 20, 2006<br>S-05-344<br><br>RELATED ACA STANDARDS:<br>4-4266; 4-4276; 4-4279; 4-4487; 4-4488;<br>4-4489; 4-4490; 4-4491; 4-4492; 4-4493;<br>4-4494; 4-4495; 4-4496 | **NUMBER**:<br>21.001<br><br><u>Date</u>:<br>Dec. 20, 2005<br><br>**SUPERSEDES**:<br>October 1, 2001 |
|---|---|---|

I. **PURPOSE:**
To establish procedures governing inmate correspondence.

II. **AUTHORITY:**
TCI Contract No. J1PCc-002

III. **APPLICABILITY:**
All Taft Correctional Institutional (TCI) staff.

IV. **DEFINITIONS:**

<u>General Correspondence</u>:  Incoming or outgoing correspondence other than "special mail."  General Correspondence includes packages sent through the mail.  The Warden or designee must give prior approval for an inmate to receive or send a package.

<u>Representatives of the News Media:</u>   Persons whose principal employment is to gather or report news for:

a. <u>News Magazines</u> which have a national circulation and are sold by newsstands and by mail subscription to the general public;

b. <u>National or International News Services</u> which qualify as general circulation newspapers in the community in which they are published.  A newspaper is one of "general circulation" if it circulates among the general public and if it publishes news of a general character of general interest to the public such as news of political, religious, commercial, or social affairs.  A key test to determine whether a newspaper qualifies as a "general circulation" newspaper is to determine whether the paper qualifies for the purpose of publishing legal notices in the community in which it is located or the area to which it distributes;

c. <u>Radio or Television News Programs</u> whose primary purpose is to report the news of a station holding a Federal Communications Commission license.

*December 20, 2005*
*Page 1 of 27*

|  | TCI POLICY AND PROCEDURE MANUAL | NUMBER:<br><br>21.001 |
|---|---|---|

3.  The Wardens of both institutions must approve of the correspondence if one of the inmates is housed at a non-federal institution or if approval is being granted on the basis of exceptional circumstances.

The Warden will be apprised of any unusual circumstances pertaining to a request to correspond for members of the same immediate family or for inmates who are a party or witness in the same legal action. When denying an inmate's request to correspond, the Unit Manager will document the reason(s) for the denial. The approval of such correspondence privileges for both inmates will ordinarily remain in effect even if either inmate is transferred within the BOP.

Correspondence violations are subject to disciplinary action and possible loss of the
correspondence privileges.

I.  SPECIAL MAIL [CFR §540.18]

Unit staff, ordinarily the Correctional Counselor, will open incoming special mail only in the presence of the inmate for inspection for physical contraband and the qualification of any enclosures as special mail. The correspondence may not be read or copied if the sender is adequately identified on the envelope, and the front of the envelope is marked "Special Mail - Open only in the presence of the inmate". [4-4492]

In the absence of either adequate identification or the "special mail" marking, staff may treat the mail as general correspondence and may open, inspect, and read the mail.

Outgoing special mail may be sealed by the inmate and is not subject to inspection unless the special mail is being sent by an inmate who has been placed on restricted special mail status.

1.  An inmate may be placed on restricted special mail status if the Warden documents in writing the special mail either has posed a threat or may pose a threat of physical harm to the recipient (e.g., the inmate has previously used special mail to threaten physical harm to a recipient).

2.  The Warden will notify the inmate in writing of the reason the inmate is being placed on restricted special mail status.

3.  An inmate on restricted special mail status must present all materials and



## MEMORANDUM

Date:   September 7, 2007

To:     Jesus Cacho
        Reg. No. 93666-198
        B14-018U

From:   Neil H. Adler, Warden

cc:     Inmate Central File

RE:     Response to Inmate Request to Staff

I have received your correspondence dated September 1, 2007. You have requested that the Taft Correctional Institution add Delivery Confirmation to our mailroom services.

Your request is currently under review. You will be informed of our decision when the review is complete.

EXHIBIT " 2 "