Jesus Cacho
Reg.# 93666-198-A2D
P.O.Box 7001
Taft,CA. 93268

Send Via Reg.U.S. Mail
July 12,2007

David A. Elden
Attorney at Law
Trident Center
11377 West Olimpic BLVD.
Tenth Floor
Los Angeles,California
        90064

RE: Case file &
    work product

Dear Mr. Elden

I Jesus Cacho, am requesting my entire file, Including the work product of my case. I fill that I been impeded by your refusal to handover my file so I can challenge my conviction. Which I'm entitle to it according to **(Hiatt V. Clark. KY., No. 2005-000455-MR.6/15/06)**.Also cited: **Spivey V. Zant, 683 F.2d 881 (5th Cir. 1982)** I'm also reying in **U.S. V. Dupas, 14 MJ. 2828 (C.M.A.20030).** and **U.S.Dorman, 58 MJ. 295.(C.A.A.F.2003).** You have 15 says to comply,to this request, if no answer is received from your firm it will be taken as a refusal to comply. And like **(Dupas) V. U.S.** I'm also Claiming **"Ineffective Assistance of Consel".**
Thank You for your time.

                              Sincerely

                              Jesus Cacho

CC: P/C

EXHIBIT " 3 "