$0.49
US POSTAGE

David A. Elden
Attorney at Law
SBN: 46684
1137 W. Olympic Blvd.
Tenth Floor
Los Angeles, California 90064
Telephone: (310) 478-3100
Fax: (310) 478-2200
e-mail elden@innocent.com

Jesus Cacho
93665-198
C. I. Taft, 2D
P. O. Box 7001
Taft, CA 93268

Special Legal Mail: Open only in presence of inmate-addressee Pursuant to The U.S. Department of Justice, Federal Bureau of Prisons Program Statement 5265.09,540.19(b)

LAW OFFICES
DAVID A. ELDEN

EXHIBIT " 4 "

# Memorandum



| Subject | Date |
|---|---|
| USA v. Gomez, et. al., USDC-Hawaii Cr. No. 05-0300SOM | July 25, 2005 |

| To | From |
|---|---|
| William Domingo, Esq.<br>FAX: 545-2628 | Michael Kawahara (MKK)<br>Assistant U.S. Attorney |

As discussed, attached hereto is a copy of the following:

    -Written Warning/Waiver of Rights for your client, Nathaniel Russell, dated 7/21/05.

    -Typewritten statement of Nathaniel Russell, dated 7/21/05.

If you have any questions, please call me at 440-9220.

Received _____
Reviewed _____
Logged _____
Scanned 7-12-05

EXHIBIT " 5 "