# MAUI COUNTY POLICE DEPARTMENT
## YOUR CONSTITUTIONAL RIGHTS

TO: Nathaniel Russell  
(Print or type name of person warned)

POLICE REPORT NO.: 05-31270

## WARNING OF RIGHTS

NR Before we ask you any questions, we want to tell you about your rights.

NR You have the right to remain silent.

NR Anything you say can be used against you in court.

NR You have the right to talk to a lawyer for advice before we ask you any questions and to have your lawyer with you during questioning.

NR If you cannot afford a lawyer one will be appointed for you before any questioning if you wish.

**(Additional Warnings To Juveniles)**
You have the right to talk to your parents, guardians, or any other adult before you are asked any questions and to have any one of them present with you during questioning.

In certain instances, you may be subject to the same penalties and punishment as an adult.

## UNDERSTANDING OF RIGHTS

NR I understand the English language. I have read and heard this statement of my rights, and I understand what my rights are.

Signed: Nathan Russell  
Date: 7/21/05   Time: 3:30 pm

## WAIVER OF RIGHTS

I am willing to make a statement and answer questions without talking to a lawyer or having a lawyer present. No promises or threats have been made to me and no pressure or force of any kind has been used against me. I understand that I still have the right to not answer questions, and to ask for a lawyer at any time.

Signed: Nathan Russell  
Date: 7/21/05   Time: 3:30

Warnings given by: [signature]   Date: 7/21/05   Time: 1531 HRS  
Witness: [signature]   Date: 7/21/05   Time: 1531 HRS

MPD Form No. 103 (8/99)

EXHIBIT " 5 "

I, Nathaniel RUSSELL., having been read and understood my Constitutional Rights in the presence of Officer Wade MAEDA and Special Agent Harry LIDSKY voluntarily waive my Constitutional Rights and give the below adopted statement typed by Officer Wade MAEDA. This is a true and accurate statement that I adopt as my own. NR

I Nathaniel RUSSELL, was arrested today on Federal Charges of Conspiracy to distribute methamphetamine (ice). I want to admit my mistakes and say the following; NR

I met John (last name unknown) in Jail, he said he could get something (ice). I sent John to Las Vegas with $20,000 to pick up 2 pounds of ice. John fucked up and started partying. So I called Shawn SANTANA to get the 2 pounds of ice from John. Shawn found John in a hotel room and sent me the 2 pounds (was short, and came out to 1 pound) through FedEx. I had Johnny CORNIEL pick up the dope. NR

Leo called me up, he had my number from John, and told me to deal with him. I was using Nextel number 870-7300 at the time. He said John was fucking up. I ordered from Leo 4 pounds for $38,000. I sent a courier up with the money. Tim body carried the ice down from Las Vegas to Maui where Johnny CORNIEL picked up the ice and distributed it, giving 2 pounds to Manu and 2 pounds to Charlie. NR

The second time, I ordered 4 pounds of ice again from Leo. I sent a courier up with about $38,000. Tim body carried the dope and gave it to Johnny CORNIEL. Johnny then gave 2 pounds to Charlie, 10 ounces to Manu, some to Iran and some to others. NR

After that, I set up the first box to Puana Street. Pam's first cousin Zachary PASCUA, was given 2 grand for using the address to get the 4 pounds of ice. I sent someone up with $38,000 to give to Leo. A box was sent to the Puana Street address and Johnny CORNIEL picked it up. Johnny gave 2 pounds of ice to Charlie and 2 pounds to Manu. NR

Manu owed $54,000 for the 2 pounds, but at first I only received $18,000. I wanted to pick up 8 pounds of ice, but I only had enough money for 7 pounds. I was paying $9500 a pound X 7, which came to $66,500. NR

I had Cyrinah and Johnny count the money and told them to add $1000 for Reed AKEN's expenses. Cyrinah took Reed to the airport and he went to Las Vegas. Reed needed the money and asked how he could make some money. I told him to bring back 2 pounds of ice, which Johnny CORNIEL was going to give to Charlie. NR

When Reed got caught at LA, we got the bail money. Johnny borrowed from Charlie, and I put up some money NR

I wanted Leo to ship out the remaining 5 pounds of ice from Las Vegas to Maui. I had Johnny arrange the deal to have the box delivered to Puana Street by UPS. When the box didn't come, I had both Pam and Johnny try and track down the box. I though Leo was fucking around with me. The box never came. NR

EXHIBIT " 5 "

NR About 5 years ago, Shawn SANTANA called me and asked if I wanted to buy some ice. SANTANA sold 1 pound to me for $27,000. I bought a pound from SANTANA a couple of times, he had his own people. NR

NR The above listed statement is a true and accurate account of what I told Officer MAEDA. I adopt this statement as my own on my own free will NR

_Nathan Russell_    7/21/05    4:08
Nathaniel RUSSELL.    Date/Time

_[signature]_    7/21/05    4:08 pm.
Witness    Date/Time

_[signature]_    7/21/05    1608 hrs
Witness    Date/Time

EXHIBIT " 5 "