# CERTIFICATE OF SERVICE

I, Jesus Cacho, hereby certify that I have served a true and correct copy of the following: Motion to request Honorable District Court Judge J. Michael Seabrigth, Intervention to resolved current conflict of Interest between Attorney David A. Elden, who have refused to provide Court's transcription and denied access to motions and case file.

Which is deemed filed at the time it was deposited in Taft Correctional Institution's internal mail system, since TCI has no separate system designed for legal mail, in accordance with Rule 4, Federal Rules of Appellate Procedure and Houston V. Lack, 108 S. Ct. 2379 (1988), by placing same in a sealed, first class postage prepaid envelope addressed to :

United States District Court
District of Hawaii
Clerk's office
300 Ala Moana BLVD, C-338
Honolulu, Hawaii 96850-0338

and depositing same in the institution mail box at Taft Correctional Institution at Taft, California.

I declare, under penalty of perjury (Title 28 U.S.C. 1746), That the foregoing is true and correct.

Dated this 28 day of September, 2007.

Jesus Cacho
Reg.#93666-198
Taft MTC,C.I
P.O.Box 7001
Taft, California
93268