JESUS CACHO
Reg. #; 93666-198
Taft, CI
Post Office Box 7001
Taft, California 93268

September 28, 2007

United States District Court
District of Hawaii
Clerk's Office
300 Ala Moana BLVD, C-338

CR-05-00164(02);jms
07-00404 jms

Dear Clerk;

enclosed for filing please find my original and 3 copies of my motion; To request Honorable District Court Judge J. Michael-Seabrigth, Intervention to resolve current conflict of interest between Attorney David A. Elden, who have refused to provided Court's transcription and denied access to motions and case file.
    Please file the necessary copies and return a conformed and file a copy back to me in the self address envelope enclosed herein for your convenienced.

I thank you in advance for your co-operation and assistance as to expedite this matter.

Sincerely Yours,

Jesus Cacho

Enclosures

RECEIVED
CLERK U.S. DISTRICT COURT
OCT 04 2007
DISTRICT OF HAWAII