# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00164JMS-02 AND CIVIL 07-00404JMS |
| CASE NAME: | Jesus Cacho vs. United States of America |
| ATTYS FOR PLA: | Jesus Cacho - via conference call |
| ATTYS FOR DEFT: | Thomas Muehleck<br>David Elden<br>William Domingo |
| INTERPRETER: | |
| JUDGE: J. Michael Seabright | REPORTER: Steve Platt |
| DATE: 10/18/2007 | TIME: 9:30 - 10:00 |

COURT ACTION:  Status Conference re: Motion to Request Honorable J. Michael Seabright, Intervene to Resolve Current Conflict of Interest Between Attorney David A. Elden, Who Have Refused to Provide Court's Transcription and Denied Access to Motions and Case File:

Court to send Change of Plea and Sentencing transcripts to Mr. Cacho.

Court to pay for transcripts copy for change of plea hearing and original expedited for sentencing hearing.

Change of plea hearing - December 5, 2005.  Sentencing - August 7, 2006.

Mr. Elden to review records for letter that Mr. Cacho claims that he provided to Mr. Elden approximately two months prior to sentencing.  Mr. Elden to send a copy to Mr. Cacho if he finds the letter.

Court DENIED Mr. Cacho's request for Grand Jury transcript.

Government to send Docket 64 Sentencing Memorandum to Mr. Cacho filed July 10, 2006.

Mr. Cacho to file supplemental memo by November 30, 2007.
Governments opposition due December 28, 2007.

Submitted by:  Dottie Miwa, Courtroom Manager