cc: JMS

Jesus Cacho
Reg.: 93666-198
P.O. Box 7001/A2D
Taft, CA 93268-7001

RECEIVED
CLERK U.S. DISTRICT COURT

NOV 23 2007
11:00 A~

DISTRICT OF HAWAII

November 19, 2007

Clerk of the Court
300 Ala Moana Boulevard
Room C-338
Honolulu, Hawaii 96850-0338

Re: United States v. Jesus Cacho
    Case Number: CR 05-00164 JMS

Dear Court Clerk:

I would like to draw your attention towards the fact that there has been errors made on the Judgment and commitment order on page 4 as well as error has been made on Docket sheet entry date 08/07/2006, Item 67, at line 6, starts with "Fine of $15,000 is due immediately......" These documents does not reflect the Judge's order commenced December 5, 2005, 11:00 a.m. before THE HONORABLE J. SEABRIGHT, United States District JUDGE. The TRANSCRIPT OF PROCEEDINGS clearly states that my fine payment to start after my release from the prison and Judgment and Commitment Order as well as Docket Sheet dictates the immediate payment is required.

I am enclosing a copy of the TRANSCRIPT OF PROCEEDINGS pages 35 through 39. The court has thoroughly explained the payment schedule. Specifically, please note line number 10 through 16 On page 35. "So, I do fine that once released from prison, .....," further I would like to draw your attention to page 38, lines 17 through 25. "The amount to be determined by the probation or supervised release officer," further on Judge's concurrence it is clarified on line 21. Again, on page 39, line one through 16 clarification has been advised by the probation officer as to the 10 percent requirement of the gross income. Line three further clarifies; "That's after he gets out" and the probation officer's concurrence is lodged on line 4.

Therefore, it clarifies the Judges Order for me make payments after my release from the prison. My request to you is to correct the Judgment and Commitment order as well as Docket Sheet to reflect the Judge's intention. Please mail me a copy after the necessary changes.

Thank you kindly.

Very Sincerely Yours,

Jesus Cacho