Jesus Cacho
Reg.: 93666-198
P.O. Box 7001/A2D
Taft, CA 93268-7001

LEGAL MAIL

96850@4971 CO17

Clerk of the Court
United States District Court
300 Ala Moana Boulevard
Room C-338
Honolulu, Hawaii 96850-0338

