**Jesus Cacho**
                        **Reg. #: 93666-198**
                        **Post Office Box 7001**
                        **Taft, California 93268**


                                                        November 26,2007


Clerk Of Court
United States District Court
District of Hawaii
300 Ala Moana Blvd., Room C-338
Honolulu, Wawaii 96850-0338

Re: Civil No. CV 07 0040 4 JMS LEK / Motions for filing.

Dear Clerk,

    Enclosed please find 1 original and 3 copies for filing with
the court clerks office of my motion Titled Memorandum of law in
Support of Habeas Corpus motion Pursuant to U.S.C. §2255.

    Please file the proper motions and returned a copy for my re-
cords. In the self address envelope for your convenience, thank you
in advance for you ccoperation and time to this matter.

                                              " God Bless "


Sincerely Yours,
_____
Jesus Cacho


CC: Enclosures as stated above.



                          RECEIVED
                    CLERK U.S. DISTRICT COURT

                        DEC 0 3 2007

                      DISTRICT OF HAWAII