

DECEMBER 7, 2007

CR 05-00164 JMS

TO WHO MAY CONCERN:

ON THE DATE 8/07/06 MY HUSBAND MR. JESUS CACHO WAS SENTENCEDAND I WAS TOLD THAT WE HAD 10 DAYS TO APPEAL, SO ON 8/09/06 I TOLD MY LAWYERS ASSISTANT MS. LILIA FELIX THAT WE HAD TO APPEAL AND SHE TOLD ME THAT THERE WAS NOTHING TO DO SINCE HE WAS ALREADY SENTENCED.

MRS. JESIKA CACHO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 20 2007

at ____ o'clock and ____ min. ____ M.
SUE BEITIA, CLERK



| State of California | } ss. | **CALIFORNIA ALL-PURPOSE** |
|---|---|---|
| County of SAN DIEGO | | **CERTIFICATE OF ACKNOWLEDGMENT** |

On DECEMBER 07, 2007, before me, Jesus Cardozo,
          *Date*                                                     *Printed Name of Notary Public*

personally appeared JESIKA CACHO,
                                                    *Printed Name(s) of Signer(s)*

- [ ] personally known to me - or -
- [X] proved to me on the basis of satisfactory evidence:
  - [X] form(s) of identification CA DRIVER LICENCE A9269966
  - [ ] credible witness(es)

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

(Seal)

*Signature of Notary Public*

---

**OPTIONAL INFORMATION**

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

**Description of Attached Document**

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of _____

containing _____ pages, and dated _____

The signer(s) capacity or authority is/are as:
- [ ] Individual(s)
- [ ] Attorney-in-Fact
- [ ] Corporate Officer(s) _____
                                        *Title(s)*
- [ ] Guardian/Conservator
- [ ] Partner - Limited/General
- [ ] Trustee(s)
- [ ] Other: _____

representing: _____
           *Name(s) of Person(s) or Entities(es) Signer is Representing*

**Additional Information**
- [ ] Additional Signer(s)
- [ ] Signer(s) Thumbprint(s)
- [ ] Other