ORIGINAL

Jesus Cacho
Reg.: 93666-198
P.O. Box 7001/A2D
Taft, CA 93268-7001

---

December 13, 2007

Clerk of Court
United States District Court
District of Hawaii
300 Ala Moana Boulevard, Room C-338
Honolulu, Hawaii 96850-0338

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 20 2007
DISTRICT OF HAWAII

**Re: Civil No. CV07 0040 4 JMS LEK**
   **Criminal Case No. 1:05CR00164-002**

---

Dear Clerk of Court:

I filed a motion pursuant to 28 U.S.C. § 2255 on November 26, 2007, which was entered on Court's docket dated December 3, 2007.

I am in a possession of my wife's declaration and would like to enclose to this letter for attachment to my motion. Therefore, request is made to this Honorable Court to make this declaration part of my motion § 2255.

Thank you very much for your help in this critical matter.

Very Sincerely Yours,

*[signature]*
Jesus Cacho


Enclosure: Declaration of my wife
          Certificate of Acknowledgement


cc.  Thomas J. Brady
     Assistant U.S. Attorney