Jesus Cacho
Reg.: 93666-198
P.O. Box 7001/A2D
Taft, CA 93268-7001

LEGAL MAIL

Clerk of Court
United States District Court
District of Hawaii
300 Ala Moana Boulevard, Room C-338
Honolulu, Hawaii 96850-0338

TAFT CORRECTIONAL INSTITUTION
P.O. BOX 7000- TAFT, CA 93268

THE ENCLOSED MAIL WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE MAIL HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

12/17/07