AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

—————— District of Hawaii ——————

UNITED STATES OF AMERICA

V.

JESUS CACHO aka "Cuco"

(Name and Address of Defendant)

## WARRANT FOR ARREST

Case Number: CR 05-00164SOM 02

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JESUS CACHO aka "Cuco" and bring him or her forthwith to the nearest district/ magistrate judge to answer a Superseding Indictment , charging him or her with (brief description of offense)

Conspiracy to distribute, possess with intent to distribute methamphetamine, Schedule II CT 1
Aid/Abet, possess with intent to distribute methamphetamine, Schedule II          CT 2

in violation of Title 21 United States Code, Section(s) 846; 841(a)(1) and 18:2.

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| _Signature of Issuing Officer/Deputy Clerk_ | May 4, 2005 at Honolulu, Hawaii |
| | Date and Location |

SEAL

Bail Fixed at NO BAIL              By: Leslie E. Kobayashi, United States Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest | | |

EXHIBIT D