## NOTIFICACION DE LOS DERECHOS

### SUS DERECHOS

Lugar _San Diego, CA_
Fecha _4/26/05_
Hora _2:45 pm_

Antes de hacerle pregunta alguna, Ud. debe entender lo que son sus derechos.

Ud. tiene el derecho de mantener silencio.

Cualquier cosa que diga Ud. puede ser usada en su contra en un tribunal.

Ud. tiene el derecho de consultar con un abogado para que éste le aconseje antes de que le hagamos las preguntas y también tiene derecho a la presencia del abogado durante el interrogatorio.

Si Ud. no puede pagar los gastos de un abogado, se le asignará uno antes de iniciarse el interrogatorio, si así lo désea Ud.

Si Ud. se decide a contestar las preguntas ahora sin la presencia del abogado, Ud. tiene todavía el derecho de negarse a contestar en cualquier momento. Ud. tiene también el derecho de interrumpir las contestaciones en cualquier momento hasta que haya consultado con un abogado.

### RENUNCIA A LOS DERECHOS

He leído esta declaración de mis derechos y entiendo lo que son. Estoy dispuesto a hacer una declaración y a contestar las preguntas. No quiero que esté presente un abogado en este momento. Tengo conciencia de lo que hago. No se me han hecho ni promesas ni amenazas y no se ha ejercido presión alguna en mi contra.

Firmado _[signature]_

Testigo _[signature] SA FBI San Diego_
Testigo _Joel D. Rudow, SA, FBI, NAUI, HI_

Hora _____

**EXHIBIT E**