# MINUTES

CASE NUMBER:     CV 07-00404JMS

CASE NAME:       Jesus Cacho vs. United States of America

ATTYS FOR PLA:   Jeffrey Arakaki

ATTYS FOR DEFT:  Thomas Muehleck

INTERPRETER:

JUDGE:   J. Michael Seabright            REPORTER:   Gloria Bediamol

DATE:    02/21/2008                      TIME:       10:00 - 10:20

COURT ACTION:   Status Conference:

Defendant's presence waived.

Further status conference set 5/5/2008 at 9:00 a.m.

Submitted by: Dottie Miwa, Courtroom Manager