**✕ cingular** raising the bar 

Page: 9 of 29
Billing Cycle Date: 07/28/06 - 08/27/06
Account Number: 522547857

Questions? Call 1-800-331-0500 or 611 from your wireless phone.

## Call Detail (Continued)         619-261-6710
### User Name: JESUS CACHO

Rate Code: RM17=1700 Rollover Mins, NA6N=NAM1700R1KNW
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: CW=Call Waiting, VM=VOICE MAIL

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 172 | | 08/03 | 2:26PM | 619-261-6710 | INCOMI CL | 3 | RM17 | DT | | | | 0.00 |
| 173 | | 08/03 | 3:06PM | 619-922-6522 | EL CAJ CA | 1 | RM17 | DT | | | | 0.00 |
| 174 | | 08/03 | 3:35PM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 175 | | 08/03 | 6:06PM | 619-922-6522 | INCOMI CL | 3 | RM17 | DT | | | | 0.00 |
| 176 | | 08/03 | 6:18PM | 310-477-9443 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 177 | | 08/03 | 6:23PM | 619-261-6710 | INCOMI CL | 5 | RM17 | DT | | | | 0.00 |
| 178 | | 08/03 | 7:31PM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 179 | | 08/03 | 7:35PM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 180 | | 08/03 | 8:46PM | 526868412830 | MEXICA LC | 24 | RM17 | DT | | | | 0.00 |
| 181 | | 08/03 | 9:21PM | 619-309-8142 | SAN DI CA | 1 | NA6N | NW | | | | 0.00 |
| 182 | | 08/03 | 10:45PM | 619-261-6710 | INCOMI CL | 4 | NA6N | NW | | | | 0.00 |
| 183 | | 08/03 | 10:52PM | 526868412830 | MEXICA LC | 1 | NA6N | NW | | | | 0.00 |
| 184 | FRI | 08/04 | 9:24AM | 619-428-4334 | LA MES CA | 1 | RM17 | DT | | | | 0.00 |
| 185 | | 08/04 | 10:27AM | 526647005773 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 186 | | 08/04 | 10:30AM | 526647005773 | TIJUAN LC | 3 | RM17 | DT | | | | 0.00 |
| 187 | | 08/04 | 10:33AM | 619-661-1671 | CHULAV CA | 2 | RM17 | DT | | | | 0.00 |
| 188 | | 08/04 | 10:43AM | 619-428-4334 | LA MES CA | 1 | RM17 | DT | | | | 0.00 |
| 189 | | 08/04 | 10:46AM | 526646811235 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 190 | | 08/04 | 10:47AM | 619-261-6710 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 191 | | 08/04 | 10:49AM | 619-261-6710 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 192 | | 08/04 | 10:51AM | 526861536902 | MEXICA LC | 1 | RM17 | DT | | | | 0.00 |
| 193 | | 08/04 | 10:55AM | 526646811235 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 194 | | 08/04 | 10:56AM | 526868412830 | MEXICA LC | 1 | RM17 | DT | | | | 0.00 |
| 195 | | 08/04 | 10:59AM | 526868412830 | MEXICA LC | 2 | RM17 | DT | | | | 0.00 |
| 196 | | 08/04 | 11:04AM | 619-428-4334 | LA MES CA | 4 | RM17 | DT | | | | 0.00 |
| 197 | | 08/04 | 11:14AM | 526646813035 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 198 | | 08/04 | 11:25AM | 526646813035 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 199 | | 08/04 | 11:38AM | 526646813035 | TIJUAN LC | 2 | RM17 | DT | | | | 0.00 |
| 200 | | 08/04 | 11:39AM | 619-922-6522 | EL CAJ CA | 4 | RM17 | DT | | | | 0.00 |
| 201 | | 08/04 | 11:46AM | 619-261-6710 | VMAIL CL | 1 | RM17 | DT | VM | | | 0.00 |
| 202 | | 08/04 | 11:48AM | 526646231508 | TIJUAN LC | 3 | RM17 | DT | | | | 0.00 |
| 203 | | 08/04 | 12:00PM | 619-428-4334 | LA MES CA | 5 | RM17 | DT | | | | 0.00 |
| 204 | | 08/04 | 12:22PM | 526647005773 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 205 | | 08/04 | 1:47PM | 526646231508 | TIJUAN LC | 2 | RM17 | DT | | | | 0.00 |
| 206 | | 08/04 | 3:48PM | 619-261-6710 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 207 | | 08/04 | 3:48PM | 619-261-6710 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 208 | | 08/04 | 6:11PM | 619-261-6710 | INCOMI CL | 4 | RM17 | DT | | | | 0.00 |
| 209 | | 08/04 | 6:27PM | 619-922-6522 | INCOMI CL | 4 | RM17 | DT | | | | 0.00 |
| 210 | | 08/04 | 6:44PM | 619-309-8142 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 211 | | 08/04 | 6:45PM | 619-309-8142 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 212 | | 08/04 | 6:46PM | 619-922-6522 | EL CAJ CA | 1 | RM17 | DT | | | | 0.00 |
| 213 | | 08/04 | 6:47PM | 619-309-8142 | SAN DI CA | 2 | RM17 | DT | | | | 0.00 |
| 214 | | 08/04 | 6:55PM | 619-922-6522 | EL CAJ CA | 4 | RM17 | DT | | | | 0.00 |
| 215 | | 08/04 | 7:18PM | 310-877-5100 | SANMO CA | 2 | RM17 | DT | | | | 0.00 |
| 216 | | 08/04 | 8:23PM | 619-922-6522 | EL CAJ CA | 2 | RM17 | DT | | | | 0.00 |
| 217 | | 08/04 | 9:07PM | 619-922-6522 | INCOMI CL | 2 | NA6N | NW | | | | 0.00 |
| 218 | | 08/04 | 9:26PM | 619-261-6710 | INCOMI CL | 1 | NA6N | NW | | | | 0.00 |
| 219 | | 08/04 | 9:37PM | 619-261-6710 | INCOMI CL | 2 | NA6N | NW | | | | 0.00 |
| 220 | | 08/04 | 11:06PM | 619-261-6710 | INCOMI CL | 4 | NA6N | NW | | | | 0.00 |
| 221 | SAT | 08/05 | 12:42AM | 619-309-8142 | SAN DI CA | 1 | NA6N | NW | | | | 0.00 |
| 222 | | 08/05 | 7:02AM | 310-877-5100 | INCOMI CL | 6 | NA6N | NW | | | | 0.00 |
| 223 | | 08/05 | 8:31AM | 13108775100 | LOCAL CL | 2 | NA6N | NW | | | | 0.00 |
| 224 | | 08/05 | 8:48AM | 13108775100 | LOCAL CL | 2 | NA6N | NW | | | | 0.00 |
| 225 | | 08/05 | 9:15AM | 526646543686 | TIJUAN CL | 1 | NA6N | NW | | | | 0.00 |

**✳ cingular** raising the bar

Page: 10 of 29
Billing Cycle Date: 07/28/06 – 08/27/06
Account Number: 522547857



# Call Detail (Continued)

**619-261-6710**

User Name: JESUS CACHO

Rate Code: RM17=1700 Rollover Mins, NA6N=NAM1700R1KNW
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: CW=Call Waiting, VM=VOICE MAIL

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 226 | | 08/05 | 9:17AM | 526647005773 | TIJUAN LC | 2 | NA6N | NW | | | | 0.00 |
| 227 | | 08/05 | 9:41AM | 526868412829 | MEXICA LC | 12 | NA6N | NW | | | | 0.00 |
| 228 | | 08/05 | 9:58AM | 526677168130 | CULIAC SI | 1 | NA6N | NW | | | | 0.00 |
| 229 | | 08/05 | 10:54AM | 619-428-4334 | LA MES CA | 2 | NA6N | NW | | | | 0.00 |
| 230 | | 08/05 | 11:09AM | 619-309-8142 | INCOMI CL | 2 | NA6N | NW | | | | 0.00 |
| 231 | | 08/05 | 11:22AM | 619-309-8142 | INCOMI CL | 1 | NA6N | NW | | | | 0.00 |
| 232 | | 08/05 | 11:42AM | 619-428-4334 | LA MES CA | 26 | NA6N | NW | | | | 0.00 |
| 233 | | 08/05 | 12:18PM | 619-261-6710 | INCOMI CL | 6 | NA6N | NW | | | | 0.00 |
| 234 | | 08/05 | 12:45PM | 619-309-8142 | INCOMI CL | 1 | NA6N | NW | | | | 0.00 |
| 235 | | 08/05 | 12:47PM | 760-644-1875 | INCOMI CL | 2 | NA6N | NW | | | | 0.00 |
| 236 | | 08/05 | | | | 2 | NA6N | NW | | | | 0.00 |
| 237 | | 08/05 | | | | 5 | NA6N | NW | | | | 0.00 |
| 238 | | 08/05 | | | | 1 | NA6N | NW | | | | 0.00 |
| 239 | | 08/05 | 3:37PM | 526868412830 | MEXICA LC | 11 | NA6N | NW | | | | 0.00 |
| 240 | | 08/05 | 3:48PM | 619-309-8142 | SAN DI CA | 3 | NA6N | NW | | | | 0.00 |
| 241 | | 08/05 | | | INCOMI CL | 8 | NA6N | NW | | | | 0.00 |
| 242 | | 08/05 | | | INCOMI CL | 1 | NA6N | NW | | | | 0.00 |
| 243 | | 08/05 | 4:26PM | 526868412829 | MEXICA LC | 3 | NA6N | NW | | | | 0.00 |
| 244 | | 08/05 | 4:36PM | 526868412829 | MEXICA LC | 1 | NA6N | NW | | | | 0.00 |
| 245 | | 08/05 | 4:44PM | 619-309-8142 | SAN DI CA | 2 | NA6N | NW | | | | 0.00 |
| 246 | | 08/05 | 5:37PM | 619-261-6710 | INCOMI CL | 3 | NA6N | NW | | | | 0.00 |
| 247 | | 08/05 | 11:08PM | 619-261-6710 | INCOMI CL | 3 | NA6N | NW | | | | 0.00 |
| 248 | SUN | 08/06 | 9:42AM | 619-261-6710 | INCOMI CL | 1 | NA6N | NW | | | | 0.00 |
| 249 | | 08/06 | 10:10AM | 619-261-6710 | INCOMI CL | 1 | NA6N | NW | | | | 0.00 |
| 250 | | 08/06 | 12:02PM | 526646861661 | TIJUAN LC | 1 | NA6N | NW | | | | 0.00 |
| 251 | | 08/06 | 12:10PM | 619-309-8142 | INCOMI CL | 1 | NA6N | NW | | | | 0.00 |
| 252 | | 08/06 | 12:50PM | 619-421-8538 | CHULAV CA | 1 | NA6N | NW | | | | 0.00 |
| 253 | | 08/06 | 12:51PM | 619-253-8616 | CHULAV CA | 1 | NA6N | NW | | | | 0.00 |
| 254 | | 08/06 | 1:06PM | 619-988-4224 | INCOMI CL | 2 | NA6N | NW | | | | 0.00 |
| 255 | | 08/06 | 2:22PM | 619-261-6710 | INCOMI CL | 2 | NA6N | NW | | | | 0.00 |
| 256 | | 08/06 | 5:03PM | 619-253-8616 | INCOMI CL | 3 | NA6N | NW | | | | 0.00 |
| 257 | | 08/06 | 5:25PM | 619-261-6710 | INCOMI CL | 2 | NA6N | NW | | | | 0.00 |
| 258 | | 08/06 | 7:32PM | 619-309-8142 | INCOMI CL | 1 | NA6N | NW | | | | 0.00 |
| 259 | | 08/06 | 7:57PM | 619-309-8142 | INCOMI CL | 1 | NA6N | NW | | | | 0.00 |
| 260 | | 08/06 | 8:58PM | 527717131055 | PACHUC HD | 33 | NA6N | NW | | | | 0.00 |
| 261 | | 08/06 | | | INCOMI | 1 | NA6N | NW | | | | 0.00 |
| 262 | | 08/06 | | | INCOMI | 2 | NA6N | NW | | | | 0.00 |
| 263 | | 08/06 | | | | 18 | NA6N | NW | | | | 0.00 |
| 264 | | 08/06 | 10:00PM | 619-309-8142 | SAN DI CA | 1 | NA6N | NW | | | | 0.00 |
| 265 | | 08/06 | 10:55PM | 619-261-6710 | INCOMI CL | 12 | NA6N | NW | | | | 0.00 |
| 266 | MON | 08/07 | 9:09AM | 619-261-6710 | INCOMI CL | 4 | RM17 | DT | | | | 0.00 |
| 267 | | 08/07 | 9:14AM | 619-309-8142 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 268 | | 08/07 | | | | 1 | RM17 | DT | | | | 0.00 |
| 269 | | 08/07 | | | | 1 | RM17 | DT | | | | 0.00 |
| 270 | | 08/07 | 11:24AM | 310-877-5100 | SAN MO CA | 3 | RM17 | DT | | | | 0.00 |
| 271 | | 08/07 | 11:32AM | 526646843686 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 272 | | 08/07 | 11:42AM | 619-309-8142 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 273 | | 08/07 | 11:45AM | 526647005773 | TIJUAN LC | 2 | RM17 | DT | | | | 0.00 |
| 274 | | 08/07 | 11:48AM | 619-253-8616 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 275 | | 08/07 | 12:17PM | 619-261-6710 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 276 | | 08/07 | 12:32PM | 526646843686 | TIJUAN CL | 1 | RM17 | DT | | | | 0.00 |
| 277 | | 08/07 | 1:36PM | 310-877-5100 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 278 | | 08/07 | 1:37PM | 310-877-5100 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 279 | | 08/07 | 1:39PM | 526647005773 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 280 | | 08/07 | 2:10PM | 619-261-6710 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |

## ✕ cingular
raising the bar.

| | |
|---|---|
| Page: | 11 of 29 |
| Billing Cycle Date: | 07/28/06 - 08/27/06 |
| Account Number: | 522547857 |



Questions? Call 1-800-331-0500 or 611 from your wireless phone.

### Call Detail (Continued)    619-261-6710
**User Name: JESUS CACHO**

Rate Code: RM17=1700 Rollover Mins, NA6N=NAM1700R1KNW
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: CW=Call Waiting, VM=VOICE MAIL

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 281 | | 08/07 | 2:27PM | 310-877-5100 | TOTAL CL | 2 | RM17 | DT | | | | 0.00 |
| 282 | | 08/07 | 2:28PM | 619-261-6710 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 283 | | 08/07 | 2:40PM | 619-261-6710 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 284 | | 08/07 | 6:53PM | 619-253-8616 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 285 | | 08/07 | 7:27PM | 310-877-5100 | INCOMI CL | 11 | RM17 | DT | | | | 0.00 |
| 286 | | 08/07 | 7:47PM | 619-253-8616 | CHULAV CA | 3 | RM17 | DT | | | | 0.00 |
| 287 | | 08/07 | 7:54PM | 808-256-4669 | HONOLU HI | 1 | RM17 | DT | | | | 0.00 |
| 288 | | 08/07 | 8:02PM | 760-644-1875 | INCOMI CL | 3 | RM17 | DT | | | | 0.00 |
| 289 | | 08/07 | 8:05PM | 760-644-1875 | INCOMI CL | 8 | RM17 | DT | | | | 0.00 |
| 290 | | 08/07 | 8:17PM | 310-877-5100 | INCOMI CL | 4 | RM17 | DT | | | | 0.00 |
| 291 | | 08/07 | 9:04PM | 619-261-6710 | INCOMI CL | 4 | NA6N | NW | | | | 0.00 |
| 292 | | 08/07 | 11:10PM | 619-261-6710 | INCOMI CL | 9 | NA6N | NW | | | | 0.00 |
| 293 | TUE | 08/08 | 7:21AM | 526868412829 | MEXICA LC | 1 | RM17 | DT | | | | 0.00 |
| 294 | | 08/08 | 7:34AM | 526868412829 | MEXICA LC | 20 | RM17 | DT | | | | 0.00 |
| 295 | | 08/08 | 7:59AM | 619-988-4224 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 296 | | 08/08 | 8:20AM | 619-309-8142 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 297 | | 08/08 | 9:55AM | 619-261-6710 | INCOMI CL | 4 | RM17 | DT | | | | 0.00 |
| 298 | | 08/08 | 10:33AM | 526868412829 | MEXICA LC | 1 | RM17 | DT | | | | 0.00 |
| 299 | | 08/08 | 10:38AM | 526677168130 | CULIAC SI | 1 | RM17 | DT | | | | 0.00 |
| 300 | | 08/08 | 10:38AM | 526677168130 | CULIAC SI | 2 | RM17 | DT | | | | 0.00 |
| 301 | | 08/08 | 10:46AM | 526647005773 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 302 | | 08/08 | 10:53AM | 619-922-6522 | EL CAJ CA | 3 | RM17 | DT | | | | 0.00 |
| 303 | | 08/08 | 10:56AM | 619-922-6522 | EL CAJ CA | 1 | RM17 | DT | | | | 0.00 |
| 304 | | 08/08 | 10:58AM | 619-922-6522 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 305 | | 08/08 | 11:01AM | 619-922-6522 | EL CAJ CA | 1 | RM17 | DT | | | | 0.00 |
| 306 | | 08/08 | 11:04AM | 619-922-6522 | INCOMI CL | 4 | RM17 | DT | | | | 0.00 |
| 307 | | 08/08 | 11:42AM | 818-186-0000 | INCOMI CL | 19 | RM17 | DT | | | | 0.00 |
| 308 | | 08/08 | 12:10PM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 309 | | 08/08 | 12:10PM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 310 | | 08/08 | 12:10PM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 311 | | 08/08 | 12:20PM | 526647005773 | TIJUAN LC | 3 | RM17 | DT | | | | 0.00 |
| 312 | | 08/08 | 1:10PM | 310-877-5100 | SAN MO CA | 2 | RM17 | DT | | | | 0.00 |
| 313 | | 08/08 | 1:11PM | 526646843686 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 314 | | 08/08 | 1:21PM | 619-309-8142 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 315 | | 08/08 | 1:26PM | 310-877-5100 | INCOMI CL | 6 | RM17 | DT | | | | 0.00 |
| 316 | | 08/08 | 2:02PM | 526868412829 | MEXICA LC | 6 | RM17 | DT | | | | 0.00 |
| 317 | | 08/08 | 2:16PM | 619-261-1019 | SAN DI CL | 1 | RM17 | DT | | | | 0.00 |
| 318 | | 08/08 | 2:39PM | 619-309-8142 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 319 | | 08/08 | 2:41PM | 619-261-6710 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 320 | | 08/08 | 3:00PM | 619-309-8142 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 321 | | 08/08 | 3:05PM | 619-922-6522 | EL CAJ CA | 2 | RM17 | DT | | | | 0.00 |
| 322 | | 08/08 | 3:08PM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 323 | | 08/08 | 3:08PM | 619-309-8142 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 324 | | 08/08 | 3:11PM | 619-261-6710 | INCOMI CL | 7 | RM17 | DT | | | | 0.00 |
| 325 | | 08/08 | 3:34PM | 526646943686 | TIJUAN CL | 1 | RM17 | DT | | | | 0.00 |
| 326 | | 08/08 | 3:40PM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 327 | | 08/08 | 3:46PM | 619-309-8142 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 328 | | 08/08 | 3:46PM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 329 | | 08/08 | 3:47PM | 619-309-8142 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 330 | | 08/08 | 4:08PM | 526868412829 | MEXICA LC | 1 | RM17 | DT | | | | 0.00 |
| 331 | | 08/08 | 4:09PM | 526677168130 | CULIAC SI | 10 | RM17 | DT | | | | 0.00 |
| 332 | | 08/08 | 5:55PM | 619-253-8616 | INCOMI CL | 3 | RM17 | DT | | | | 0.00 |
| 333 | | 08/08 | 6:32PM | 619-261-6710 | INCOMI CL | 6 | RM17 | DT | | | | 0.00 |
| 334 | | 08/08 | 7:08PM | 619-309-8142 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |

 

**cingular** raising the bar

Page: 12 of 29
Billing Cycle Date: 07/28/06 - 08/27/06
Account Number: 522547857

## Call Detail (Continued)
User Name: JESUS CACHO

**619-261-6710**

Rate Code: RM17=1700 Rollover Mins, NA6N=NAM1700R1KNW
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: CW=Call Waiting, VM=VOICE MAIL

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 335 | | 08/08 | 7:31PM | 527717131055 | PACHUC HD | 12 | RM17 | DT | | | | 0.00 |
| 336 | | 08/08 | 8:52PM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 337 | | 08/08 | 8:56PM | 619-309-8142 | SAN DI CA | 2 | RM17 | DT | | | | 0.00 |
| 338 | | 08/08 | 9:43PM | 526647005773 | TIJUAN LC | 2 | NA6N | NW | | | | 0.00 |
| 339 | | 08/08 | 9:52PM | 526647005773 | TIJUAN LC | 1 | NA6N | NW | | | | 0.00 |
| 340 | | 08/08 | 10:53PM | 619-261-6710 | INCOMI CL | 6 | NA6N | NW | | | | 0.00 |
| 341 | WED | 08/09 | 8:33AM | 526647005773 | TIJUAN LC | 2 | RM17 | DT | | | | 0.00 |
| 342 | | 08/09 | 8:35AM | 526647005773 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 343 | | 08/09 | 8:38AM | 619-309-8142 | SAN DI CA | 6 | RM17 | DT | | | | 0.00 |
| 344 | | 08/09 | 8:43AM | 526647005773 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 345 | | 08/09 | 8:58AM | 526646843686 | TIJUAN LC | 2 | RM17 | DT | | | | 0.00 |
| 346 | | 08/09 | 9:41AM | 619-261-6710 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 347 | | 08/09 | 10:01AM | 526868412829 | MEXICA LC | 3 | RM17 | DT | | | | 0.00 |
| 348 | | 08/09 | 10:04AM | 526868412829 | MEXICA LC | 9 | RM17 | DT | | | | 0.00 |
| 349 | | 08/09 | 10:24AM | 619-309-8142 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 350 | | 08/09 | 10:26AM | 526868412829 | MEXICA LC | 21 | RM17 | DT | | | | 0.00 |
| 351 | | 08/09 | 10:51AM | 619-309-8142 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 352 | | 08/09 | 11:25AM | 619-309-8142 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 353 | | 08/09 | 12:25PM | 526647005773 | TIJUAN LC | 2 | RM17 | DT | | | | 0.00 |
| 354 | | 08/09 | 12:33PM | 526647005773 | TIJUAN LC | 5 | RM17 | DT | | | | 0.00 |
| 355 | | 08/09 | 1:29PM | 526646843686 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 356 | | 08/09 | 1:30PM | 526646477720 | TIJUAN LC | 2 | RM17 | DT | | | | 0.00 |
| 357 | | 08/09 | 2:13PM | 619-261-1019 | SAN DI CL | 1 | RM17 | DT | | | | 0.00 |
| 358 | | 08/09 | 2:14PM | 619-261-6710 | INCOMI CL | 3 | RM17 | DT | | | | 0.00 |
| 359 | | 08/09 | 2:15PM | 619-261-1019 | SAN DI CL | 1 | RM17 | DT | | | | 0.00 |
| 360 | | 08/09 | 2:22PM | 619-309-8142 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 361 | | 08/09 | 2:40PM | 526646477720 | TIJUAN CL | 8 | RM17 | DT | | | | 0.00 |
| 362 | | 08/09 | 2:49PM | 526647005773 | TIJUAN CL | 7 | RM17 | DT | | | | 0.00 |
| 363 | | 08/09 | 3:28PM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 364 | | 08/09 | 3:28PM | 619-309-8142 | SAN DI CA | 4 | RM17 | DT | | | | 0.00 |
| 365 | | 08/09 | 3:33PM | 526646372339 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 366 | | 08/09 | 3:34PM | 526647005773 | TIJUAN LC | 2 | RM17 | DT | | | | 0.00 |
| 367 | | 08/09 | 3:36PM | 526646372339 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 368 | | 08/09 | 4:39PM | 310-877-6100 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 369 | | 08/09 | 4:46PM | 526646477720 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 370 | | 08/09 | 4:46PM | 310-877-6100 | CALL WAIT | 15 | RM17 | DT | CW | | | 0.00 |
| 371 | | 08/09 | 5:01PM | 526646477720 | TIJUAN LC | 6 | RM17 | DT | | | | 0.00 |
| 372 | | 08/09 | 5:07PM | | CALL WAIT | 2 | RM17 | DT | CW | | | 0.00 |
| 373 | | 08/09 | 5:08PM | 526646477720 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 374 | | 08/09 | 5:09PM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 375 | | 08/09 | 5:19PM | 526647005773 | TIJUAN LC | 6 | RM17 | DT | | | | 0.00 |
| 376 | | 08/09 | 5:30PM | 619-309-8142 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 377 | | 08/09 | 5:39PM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 378 | | 08/09 | 5:40PM | 619-309-8142 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 379 | | 08/09 | 5:41PM | 619-309-8142 | INCOMI CL | 3 | RM17 | DT | | | | 0.00 |
| 380 | | 08/09 | 6:38PM | 619-261-6710 | INCOMI CL | 4 | RM17 | DT | | | | 0.00 |
| 381 | | 08/09 | 7:05PM | 619-309-8142 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 382 | | 08/09 | 7:07PM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 383 | | 08/09 | 7:08PM | 619-309-8142 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 384 | | 08/09 | 8:55PM | 619-309-8142 | SAN DI CA | 10 | RM17 | DT | | | | 0.00 |
| 385 | | 08/09 | 9:06PM | 526647005773 | TIJUAN LC | 24 | NA6N | NW | | | | 0.00 |
| 386 | | 08/09 | 11:16PM | 526868412829 | MEXICA LC | 4 | NA6N | NW | | | | 0.00 |
| 387 | | 08/09 | 11:22PM | 526868412830 | MEXICA LC | 6 | NA6N | NW | | | | 0.00 |
| 388 | | 08/09 | 11:27PM | 619-261-6710 | CALL WAIT | 4 | NA6N | NW | CW | | | 0.00 |
| 389 | | 08/09 | 11:31PM | 526868412830 | MEXICA LC | 4 | NA6N | NW | | | | 0.00 |