# MINUTES

CASE NUMBER:      CRIMINAL 05-00164JMS-02

CASE NAME:        United States of America vs. Jesus Cacho

ATTYS FOR PLA:    Thomas Muehleck

ATTYS FOR DEFT:   Jeffrey Arakaki

INTERPRETER:      Miguel Saibene

JUDGE:   J. Michael Seabright      REPORTER:   Gloria Bediamol

DATE:    05/05/2008                TIME:       9:20 - 11:00

## EVIDENTIARY HEARING

COURT ACTION: Evidentiary Hearing re: Motion to Vacate Under 28 U.S.C. Section 2255:

Defendant present in custody with counsel Jeffrey Arakaki.

CST:  Jesus Cacho (Petitioner) direct examination, cross-examination, redirect, recross, re-redirect.

CST:  William Domingo  (Governments witness) direct examination, cross-examination.

Exhibits Admitted: Governments #1 (Notification De Los Derechos Sus Derechos).

Further hearing continued to Friday, May 9, 2008 at 9:00 a.m.

Submitted by:  Dottie Miwa, Courtroom Manager