# MINUTES

CASE NUMBER:      CRIMINAL 05-00164JMS-02

CASE NAME:        United States of America vs. Jesus Cacho

ATTYS FOR PLA:    Thomas Muehleck

ATTYS FOR DEFT:   Jeffrey Arakaki

INTERPRETER:      Miguel Saibene

JUDGE:   J. Michael Seabright      REPORTER:   Gloria Bediamol

DATE:    05/09/2008                TIME: 9:10 - 9:40 10:05 - 11:15

### EVIDENTIARY HEARING

COURT ACTION: Continued Evidentiary Hearing re: Motion to Vacate Under 28 U.S.C. Section 2255:

Defendant present in custody with counsel Jeffrey Arakaki.

CST:  Jesika Cacho (direct examination, cross examination) (Petitioner's witness)

Exhibits Admitted: Petitioner #1 (First Supplement To Traverse Of Goverment's Response To Petitioner's Habeas Corpus Petition Pursuant To 28 U.S.C. Section 2255; Exhibit A)
#1A (Second Supplement To Traverse Of Government's Response To Petitioner's Habeas Corpus Petition Pursuant To 28 U.S.C. Section 2255; Exhibit A)

Petitioner rest.

CST:  Lilia Cacho (direct examination, cross examination)   (Respondent's witness)
      David Elden (direct examination, cross examination) (Respondent's witness)

Respondent rest.

Arguments heard.

Court DENIED Petitioner's 2255.

Court to issue written Order.

Submitted by:  Dottie Miwa, Courtroom Manager