ORIGINAL

JEFFREY T. ARAKAKI 4093
ATTORNEY AT LAW
1188 Bishop Street, Ste. 1604
Honolulu, Hawaii 96813
Telephone: (808) 531-5517

Attorney for Petitioner

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 9 2008

at ___ o'clock and ___ min. ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JESUS CACHO, | CIVIL NO. 07-00404 JMS |
| | CR. NO. 05-00164-02 JMS |
| Petitioner, | |
| | SECOND SUPPLEMENT TO |
| vs. | TRAVERSE OF |
| | GOVERNMENT'S RESPONSE |
| | TO PETITIONER'S HABEAS |
| UNITED STATES OF AMERICA, | CORPUS PETITION |
| | PURSUANT TO 28 U.S.C. |
| Respondent. | SECTION 2255; EXHIBIT A |

SECOND SUPPLEMENT TO TRAVERSE OF GOVERNMENT'S
RESPONSE TO PETITIONER'S HABEAS CORPUS
PETITION PURSUANT TO 28 U.S.C. SECTION 2255

PETITIONER JESUS CACHO, by and through his court-appointed

counsel, Jeffrey Arakaki, submits further phone records to supplement his

Traverse Of Government's Response To Petitioner's Habeas Corpus Petition

Pursuant To 28 U.S.C. Section 2255 (See Exhibit A).

Dated: Honolulu, Hawaii, May 8, 2008.

_____
JEFFREY ARAKAKI

## cingular
raising the bar

Page: 14 of 29
Billing Cycle Date: 07/28/06 - 08/27/06
Account Number: 522547857



### Call Detail (Continued)   619-261-6710
User Name: JESUS CACHO

Rate Code: RM17=1700 Rollover Mins, NA6N=NAM1700R1KNW
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: CW=Call Waiting, VM=VOICE MAIL

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 444 | | 08/11 | 2:20PM | 619-261-6710 | INCOMI CL | 3 | RM17 | DT | | | | 0.00 |
| 445 | | 08/11 | 2:49PM | 526647005773 | TIJUAN LC | 2 | RM17 | DT | | | | 0.00 |
| 446 | | 08/11 | 3:06PM | 526868412829 | MEXICA LC | 3 | RM17 | DT | | | | 0.00 |
| 447 | | 08/11 | 3:09PM | 526677168130 | CULIAC SI | 2 | RM17 | DT | | | | 0.00 |
| 448 | | 08/11 | 3:20PM | 526868412829 | MEXICA LC | 1 | RM17 | DT | | | | 0.00 |
| 449 | | 08/11 | 10:38PM | 526868412829 | MEXICA LC | 18 | NA6N | NW | | | | 0.00 |
| 450 | | 08/11 | 11:02PM | 619-261-6710 | INCOMI CL | 12 | NA6N | NW | | | | 0.00 |
| 451 | | 08/11 | 11:13PM | 619-261-6710 | CALL WAIT | 6 | NA6N | NW | CW | | | 0.00 |
| 452 | SAT | 08/12 | 11:01AM | 619-261-6710 | INCOMI CL | 4 | NA6N | NW | | | | 0.00 |
| 453 | | 08/12 | 1:12PM | 760-726-3341 | INCOMI CL | 2 | NA6N | NW | | | | 0.00 |
| 454 | | 08/12 | 5:36PM | 760-726-3341 | INCOMI CL | 1 | NA6N | NW | | | | 0.00 |
| 455 | | 08/12 | 7:02PM | 526868412829 | MEXICA LC | 1 | NA6N | NW | | | | 0.00 |
| 456 | | 08/12 | 8:04PM | 526868412829 | MEXICA LC | 1 | NA6N | NW | | | | 0.00 |
| 457 | | 08/12 | 8:05PM | 619-421-6538 | CHULAV CA | 1 | NA6N | NW | | | | 0.00 |
| 458 | | 08/12 | 8:20PM | 526868412829 | MEXICA LC | 1 | NA6N | NW | | | | 0.00 |
| 459 | | 08/12 | 9:50PM | 526868412829 | MEXICA LC | 1 | NA6N | NW | | | | 0.00 |
| 460 | | 08/12 | 10:52PM | 526868412829 | MEXICA LC | 16 | NA6N | NW | | | | 0.00 |
| 461 | | 08/12 | 11:32PM | 619-261-6710 | INCOMI CL | 6 | NA6N | NW | | | | 0.00 |
| 462 | SUN | 08/13 | 8:17AM | 526868412829 | MEXICA LC | 1 | NA6N | NW | | | | 0.00 |
| 463 | | 08/13 | 8:21AM | 526868412829 | MEXICA LC | 2 | NA6N | NW | | | | 0.00 |
| 464 | | 08/13 | 12:33PM | 526868412829 | MEXICA LC | 1 | NA6N | NW | | | | 0.00 |
| 465 | | 08/13 | 1:05PM | 619-656-9784 | INCOMI CL | 7 | NA6N | NW | | | | 0.00 |
| 466 | | 08/13 | 2:32PM | 619-261-6710 | INCOMI CL | 3 | NA6N | NW | | | | 0.00 |
| 467 | | 08/13 | 3:37PM | 619-261-6710 | INCOMI CL | 3 | NA6N | NW | | | | 0.00 |
| 468 | | 08/13 | 8:49PM | 526677168130 | CULIAC SI | 15 | NA6N | NW | | | | 0.00 |
| 469 | | 08/13 | 9:04PM | 526868412829 | MEXICA LC | 22 | NA6N | NW | | | | 0.00 |
| 470 | | 08/13 | 11:06PM | 526868412829 | MEXICA LC | 19 | NA6N | NW | | | | 0.00 |
| 471 | | 08/13 | 11:23PM | 619-261-6710 | CALL WAIT | 4 | NA6N | NW | CW | | | 0.00 |
| 472 | | 08/13 | 11:27PM | 526868412829 | MEXICA LC | 66 | NA6N | NW | | | | 0.00 |
| 473 | MON | 08/14 | 9:49AM | 619-922-6522 | EL CAJ CA | 1 | RM17 | DT | | | | 0.00 |
| 474 | | 08/14 | 9:51AM | 619-922-6522 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 475 | | 08/14 | 10:17AM | 619-261-6710 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 476 | | 08/14 | 10:57AM | 619-869-9991 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 477 | | 08/14 | 11:02AM | 619-428-4334 | LA MES CA | 7 | RM17 | DT | | | | 0.00 |
| 478 | | 08/14 | 11:29AM | 619-261-6710 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 479 | | 08/14 | 3:23PM | 619-261-6710 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 480 | | 08/14 | 4:33PM | 310-477-9441 | INCOMI CL | 9 | RM17 | DT | | | | 0.00 |
| 481 | | 08/14 | 5:06PM | 760-644-1875 | INCOMI CL | 3 | RM17 | DT | | | | 0.00 |
| 482 | | 08/14 | 6:26PM | 619-261-6710 | INCOMI CL | 3 | RM17 | DT | | | | 0.00 |
| 483 | | 08/14 | 9:10PM | 526868412829 | MEXICA LC | 1 | NA6N | NW | | | | 0.00 |
| 484 | | 08/14 | 9:46PM | 526865561248 | MEXICA LC | 4 | NA6N | NW | | | | 0.00 |
| 485 | | 08/14 | 11:43PM | 619-261-6710 | INCOMI CL | 2 | NA6N | NW | | | | 0.00 |
| 486 | TUE | 08/15 | 9:42AM | 526647005773 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 487 | | 08/15 | 9:46AM | 619-922-6522 | EL CAJ CA | 1 | RM17 | DT | | | | 0.00 |
| 488 | | 08/15 | 10:21AM | 526647005773 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 489 | | 08/15 | 10:23AM | 619-261-6710 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 490 | | 08/15 | 10:25AM | 526645813035 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 491 | | 08/15 | 10:27AM | 310-478-3100 | WLOSAN CA | 1 | RM17 | DT | | | | 0.00 |
| 492 | | 08/15 | 2:17PM | 619-309-8142 | INCOMI CL | 5 | RM17 | DT | | | | 0.00 |
| 493 | | 08/15 | 5:09PM | 310-877-5100 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 494 | | 08/15 | 5:12PM | 310-877-5100 | SAN MO CA | 1 | RM17 | DT | | | | 0.00 |
| 495 | | 08/15 | 5:13PM | 310-478-3100 | WLOSAN CA | 1 | RM17 | DT | | | | 0.00 |
| 496 | | 08/15 | 5:42PM | 310-477-9441 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 497 | | 08/15 | 11:05PM | 526868412829 | MEXICA LC | 14 | NA6N | NW | | | | 0.00 |
| 498 | | 08/15 | 11:18PM | 619-261-6710 | CALL WAIT | 8 | NA6N | NW | CW | | | 0.00 |

## ✕ cingular
raising the bar...**ıll**

Page: 15 of 29
Billing Cycle Date: 07/28/06 - 08/27/06
Account Number: 522547857



Questions? Call 1-800-331-0500 or 611 from your wireless phone.

### Call Detail (Continued)
**619-261-6710**
User Name: JESUS CACHO

Rate Code: RM17=1700 Rollover Mins, NA6N=NAM1700R1KNW
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: CW=Call Waiting, VM=VOICE MAIL

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 499 | | 08/15 | 11:26PM | 525868412829 | MEXICA LC | 16 | NA6N | NW | | | | 0.00 |
| 500 | WED | 08/16 | 9:11AM | 619-309-8142 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 501 | | 08/16 | 11:01AM | 619-261-6710 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 502 | | 08/16 | 11:09AM | 310-877-5100 | INCOMI CL | 3 | RM17 | DT | | | | 0.00 |
| 503 | | 08/16 | 11:55AM | 525868412829 | MEXICA LC | 10 | RM17 | DT | | | | 0.00 |
| 504 | | 08/16 | 12:08PM | 525862160338 | MEXICA LC | 1 | RM17 | DT | | | | 0.00 |
| 505 | | 08/16 | 12:09PM | 525862160338 | MEXICA LC | 2 | RM17 | DT | | | | 0.00 |
| 506 | | 08/16 | 12:51PM | 619-869-9991 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 507 | | 08/16 | 12:53PM | 619-428-4334 | LA MES CA | 17 | RM17 | DT | | | | 0.00 |
| 508 | | 08/16 | 2:50PM | 526865561248 | MEXICA LC | 11 | RM17 | DT | | | | 0.00 |
| 509 | | 08/16 | 4:46PM | 525868412829 | MEXICA LC | 2 | RM17 | DT | | | | 0.00 |
| 510 | | 08/16 | 5:37PM | 310-877-5100 | INCOMI CL | 4 | RM17 | DT | | | | 0.00 |
| 511 | | 08/16 | 5:43PM | 619-884-5379 | SAN DI CA | 6 | RM17 | DT | | | | 0.00 |
| 512 | | 08/16 | 5:55PM | 310-877-5100 | SAN MO CA | 1 | RM17 | DT | | | | 0.00 |
| 513 | | 08/16 | 6:28PM | 619-261-6710 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 514 | | 08/16 | 6:24PM | 310-877-5100 | SAN MO CA | 5 | RM17 | DT | | | | 0.00 |
| 515 | | 08/16 | 6:31PM | 525868412829 | MEXICA LC | 1 | RM17 | DT | | | | 0.00 |
| 516 | | 08/16 | 8:33PM | 526677168130 | CULIAC SI | 26 | RM17 | DT | | | | 0.00 |
| 517 | | 08/16 | 9:00PM | 525868412829 | MEXICA LC | 1 | NA6N | NW | | | | 0.00 |
| 518 | | 08/16 | 9:01PM | 526865561248 | MEXICA LC | 2 | NA6N | NW | | | | 0.00 |
| 519 | | 08/16 | 9:37PM | 525868412829 | MEXICA LC | 8 | NA6N | NW | | | | 0.00 |
| 520 | | 08/16 | 9:57PM | 525868412829 | MEXICA LC | 6 | NA6N | NW | | | | 0.00 |
| 521 | | 08/16 | 10:04PM | 527717131055 | PACHUC HD | 56 | NA6N | NW | | | | 0.00 |
| 522 | | 08/16 | 11:03PM | 619-261-6710 | INCOMI CL | 5 | NA6N | NW | | | | 0.00 |
| 523 | | 08/16 | 11:08PM | 525868412829 | MEXICA LC | 1 | NA6N | NW | | | | 0.00 |
| 524 | | 08/16 | 11:30PM | 527717131055 | PACHUC HD | 15 | NA6N | NW | | | | 0.00 |
| 525 | | 08/16 | 11:45PM | 525868412829 | MEXICA LC | 2 | NA6N | NW | | | | 0.00 |
| 526 | THU | 08/17 | 7:12AM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 527 | | 08/17 | 7:15AM | 619-261-6710 | INCOMI CL | 3 | RM17 | DT | | | | 0.00 |
| 528 | | 08/17 | 7:43AM | 619-309-8142 | SAN DI CA | 2 | RM17 | DT | | | | 0.00 |
| 529 | | 08/17 | 8:15AM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 530 | | 08/17 | 8:16AM | 619-309-8142 | SAN DI CA | 3 | RM17 | DT | | | | 0.00 |
| 531 | | 08/17 | 9:09AM | 310-877-5100 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 532 | | 08/17 | 9:29AM | 526647005773 | TIJUAN LC | 5 | RM17 | DT | | | | 0.00 |
| 533 | | 08/17 | 9:36AM | 525868412829 | MEXICA LC | 2 | RM17 | DT | | | | 0.00 |
| 534 | | 08/17 | 9:39AM | 310-877-5100 | SAN MO CA | 1 | RM17 | DT | | | | 0.00 |
| 535 | | 08/17 | 9:46AM | 525868412829 | MEXICA LC | 3 | RM17 | DT | | | | 0.00 |
| 536 | | 08/17 | 9:49AM | 525868412829 | MEXICA LC | 1 | RM17 | DT | | | | 0.00 |
| 537 | | 08/17 | 9:51AM | 526646813035 | TIJUAN LC | 2 | RM17 | DT | | | | 0.00 |
| 538 | | 08/17 | 9:53AM | 310-877-5100 | CALL WAIT | 1 | RM17 | DT | CW | | | 0.00 |
| 539 | | 08/17 | 9:54AM | 526647005773 | TIJUAN LC | 5 | RM17 | DT | | | | 0.00 |
| 540 | | 08/17 | 10:00AM | 526643133025 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 541 | | 08/17 | 10:00AM | 526647005773 | TIJUAN LC | 3 | RM17 | DT | | | | 0.00 |
| 542 | | 08/17 | 10:09AM | 619-309-8142 | SAN DI CA | 2 | RM17 | DT | | | | 0.00 |
| 543 | | 08/17 | 10:11AM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 544 | | 08/17 | 10:17AM | 310-877-5100 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 545 | | 08/17 | 10:19AM | 526643133025 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 546 | | 08/17 | 10:26AM | 523313285725 | GUADLA JA | 2 | RM17 | DT | | | | 0.00 |
| 547 | | 08/17 | 10:41AM | 526643133025 | TIJUAN LC | 1 | RM17 | DT | | | | 0.09 |
| 548 | | 08/17 | 10:55AM | 525862169311 | MEXICA LC | 2 | RM17 | DT | | | | 0.00 |
| 549 | | 08/17 | 11:22AM | 310-877-5100 | SAN MO CA | 1 | RM17 | DT | | | | 0.00 |
| 550 | | 08/17 | 11:25AM | 526647005773 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |
| 551 | | 08/17 | 11:28AM | 619-309-8142 | SAN DI CA | 2 | RM17 | DT | | | | 0.00 |
| 552 | | 08/17 | 11:30AM | 526646813035 | TIJUAN LC | 1 | RM17 | DT | | | | 0.00 |

## ✕ cingular raising the bar

Page: 16 of 29
Billing Cycle Date: 07/28/06 – 08/27/06
Account Number: 522547857



### Call Detail (Continued)    619-261-6710
User Name: JESUS CACHO

Rate Code: RM17=1700 Rollover Mins, NA6N=NAM1700R1KNW
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: CW=Call Waiting, VM=VOICE MAIL

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 553 | | 08/17 | 11:31AM | 619-261-6710 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 554 | | 08/17 | 11:32AM | 526868412829 | MEXICA LC | | RM17 | DT | | | | 0.00 |
| 555 | | 08/17 | 11:32AM | 619-261-6710 | CALL WAIT | 3 | RM17 | DT | CW | | | 0.00 |
| 556 | | 08/17 | 12:49PM | 619-261-6710 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 557 | | 08/17 | 1:19PM | 310-612-1416 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 558 | | 08/17 | 1:20PM | 310-877-5100 | SAN MO CA | 1 | RM17 | DT | | | | 0.00 |
| 559 | | 08/17 | 1:35PM | 619-261-6710 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 560 | | 08/17 | 1:36PM | 526641626408 | TELCEL CL | 2 | RM17 | DT | | | | 0.00 |
| 561 | | 08/17 | 1:50PM | 619-309-8142 | SAN DI CA | 3 | RM17 | DT | | | | 0.00 |
| 562 | | 08/17 | 1:52PM | 526868412829 | MEXICA LC | 47 | RM17 | DT | | | | 0.00 |
| 563 | | 08/17 | 2:45PM | 619-309-8142 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 564 | | 08/17 | 3:01PM | 526647005773 | TIJUAN LC | 5 | RM17 | DT | | | | 0.00 |
| 565 | | 08/17 | 3:05PM | 619-309-8142 | SAN DI CA | 2 | RM17 | DT | | | | 0.00 |
| 566 | | 08/17 | 3:07PM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 567 | | 08/17 | 3:08PM | 526868412829 | MEXICA LC | 1 | RM17 | DT | | | | 0.00 |
| 568 | | 08/17 | 3:08PM | 619-309-8142 | CALL WAIT | 1 | RM17 | DT | CW | | | 0.00 |
| 569 | | 08/17 | 3:09PM | 526868412829 | MEXICA LC | 3 | RM17 | DT | | | | 0.00 |
| 570 | | 08/17 | 3:13PM | 526868412829 | MEXICA LC | 8 | RM17 | DT | | | | 0.00 |
| 571 | | 08/17 | 3:20PM | 619-261-6710 | CALL WAIT | 2 | RM17 | DT | CW | | | 0.00 |
| 572 | | 08/17 | 3:57PM | 760-644-1875 | ESCOND CA | 1 | RM17 | DT | | | | 0.00 |
| 573 | | 08/17 | 3:58PM | 619-309-8142 | SAN DI CA | 3 | RM17 | DT | | | | 0.00 |
| 574 | | 08/17 | 4:20PM | 619-261-6710 | INCOMI CL | 2 | RM17 | DT | | | | 0.00 |
| 575 | | 08/17 | 4:28PM | 619-309-8142 | SAN DI CA | 2 | RM17 | DT | | | | 0.00 |
| 576 | | 08/17 | 4:54PM | 619-309-8142 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 577 | | 08/17 | 7:25PM | 526865618193 | MEXICA LC | 2 | RM17 | DT | | | | 0.00 |
| 578 | | 08/17 | 7:26PM | 526861741748 | MEXICA LC | 5 | RM17 | DT | | | | 0.00 |
| 579 | | 08/17 | 7:42PM | 310-877-5100 | SAN MO CA | 2 | RM17 | DT | | | | 0.00 |
| 580 | | 08/17 | 7:47PM | 619-309-8142 | SAN DI CA | 2 | RM17 | DT | | | | 0.00 |
| 581 | | 08/17 | 8:00PM | 526677168130 | CULIAC SI | 15 | RM17 | DT | | | | 0.00 |
| 582 | | 08/17 | 9:22PM | 527717131055 | PACHUC JD | 15 | NA6N | NW | | | | 0.00 |
| 583 | | 08/17 | 10:01PM | 526868412829 | MEXICA LC | 10 | NA6N | NW | | | | 0.00 |
| 584 | | 08/17 | 11:01PM | 619-261-6710 | INCOMI CL | 8 | NA6N | NW | | | | 0.00 |
| 585 | FRI | 08/18 | 9:14AM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 586 | | 08/18 | 9:16AM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 587 | | 08/18 | 10:20AM | 619-261-6710 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 588 | | 08/18 | 10:27AM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 589 | | 08/18 | 11:04AM | 619-261-6710 | INCOMI CL | 3 | RM17 | DT | | | | 0.00 |
| 590 | | 08/18 | 11:54AM | 619-428-4334 | LA MES CA | 1 | RM17 | DT | | | | 0.00 |
| 591 | | 08/18 | 11:56AM | 619-869-9991 | CHU LAV CA | 1 | RM17 | DT | | | | 0.00 |
| 592 | | 08/18 | 12:02PM | 760-644-1875 | ESCOND CA | 2 | RM17 | DT | | | | 0.00 |
| 593 | | 08/18 | 12:04PM | 760-726-3041 | VISTA CA | 3 | RM17 | DT | | | | 0.00 |
| 594 | | 08/18 | 12:24PM | 526647005773 | TIJUAN LC | 2 | RM17 | DT | | | | 0.00 |
| 595 | | 08/18 | 1:16PM | 619-428-4334 | LA MES CA | 1 | RM17 | DT | | | | 0.00 |
| 596 | | 08/18 | 1:35PM | 619-428-4334 | LA MES CA | 1 | RM17 | DT | | | | 0.00 |
| 597 | | 08/18 | 2:29PM | 619-428-4334 | LA MES CA | 2 | RM17 | DT | | | | 0.00 |
| 598 | | 08/18 | 2:31PM | 619-428-4334 | LA MES CA | 8 | RM17 | DT | | | | 0.00 |
| 599 | | 08/18 | 4:30PM | 619-309-8142 | INCOMI CL | 1 | RM17 | DT | | | | 0.00 |
| 600 | | 08/18 | 5:01PM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 601 | | 08/18 | 5:03PM | 619-309-8142 | SAN DI CA | 1 | RM17 | DT | | | | 0.00 |
| 602 | | 08/18 | 6:52PM | 619-309-8142 | SAN DI CA | 3 | RM17 | DT | | | | 0.00 |
| 603 | | 08/18 | 10:51PM | 526868412829 | MEXICA LC | 4 | NA6N | NW | | | | 0.00 |
| 604 | | 08/18 | 10:58PM | 526868412829 | MEXICA LC | 8 | NA6N | NW | | | | 0.00 |
| 605 | | 08/18 | 11:17PM | 619-261-6710 | INCOMI CL | 3 | NA6N | NW | | | | 0.00 |
| 606 | SAT | 08/19 | 9:01AM | 619-309-8142 | INCOMI CL | 1 | NA6N | NW | | | | 0.00 |
| 607 | | 08/19 | 9:10AM | 619-309-8142 | SAN DI CA | 1 | NA6N | NW | | | | 0.00 |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Document will be served by hand delivery or mailed first class to the following:

>THOMAS MUEHLECK, ESQ.
>Assistant United States Attorney
>Rm. 6-100, 300 Ala Moana Blvd.
>Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, _MAY 9_, 2008.

_____
JEFFREY ARAKAKI