IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JESUS CACHO,<br>    Petitioner,,<br><br>    Plaintiff(s),<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>    Respondent.,<br><br>    Defendant(s). | CRIMINAL 05-00164JMS-02<br><br>RECEIPT FOR EXHIBITS<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>MAY 28 2008<br><br>at __ o'clock and __ min. __ M.<br>SUE BEITIA, CLERK |

I, E.R. Garcia of FBI, the designated Court custodian of all exhibits on the attached list herein, acknowledge receipt of exhibit 1 (Notification De Los Derechos Sus Derechos) and assume full responsibility for the preservation and maintenance of said exhibits until the final disposition of this case.

DATED:   Honolulu, Hawaii, _May 28, 2008_.

_E.R. Garcia (FBI)_