UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

us Ca...
666...
...T C... ...IONAL IN...TITUTION
...e Mat... ...s
BOX 7001
...AFT, CA 93268

RETURN TO SENDER
( ) INMATE GONE
( ) FORWARDING TIME EXPIRED
( ) NAME OR INMATE
      REGISTRY # MISSING

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 16 2008
DISTRICT OF HAWAII

Jesus Cacho
93666-198
CI TAFT CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 7001
TAFT, CA 93268

CR 05-00164 JMS