ORIGINAL

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| JESUS CACHO | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 07-00404 JMS LEK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| UNITED STATES OF AMERICA | May 20, 2008 |
| Defendant(s). | At 10 o'clock and 00 min a.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered pursuant to the, "Order Denying Petitioner's Motion to Vacate, Set Aside, Or Correct A Sentence" by the Honorable J. MICHAEL SEABRIGHT, U.S. District Judge, and filed on, May 20, 2008.

cc: Petitioner and counsel

| | |
|---|---|
| May 20, 2008 | SUE BEITIA |
| Date | Clerk |
| | By Deputy Clerk |

## Other Orders/Judgments
<u>1:07-cv-00404-JMS-LEK Cacho v. USA</u> **CASE CLOSED on 05/20/2008**

U.S. District Court

District of Hawaii

### Notice of Electronic Filing

The following transaction was entered on 5/20/2008 at 10:07 AM HST and filed on 5/20/2008
**Case Name:**          Cacho v. USA
**Case Number:**        <u>1:07-cv-404</u>
**Filer:**
**WARNING: CASE CLOSED on 05/20/2008**
**Document Number:**    <u>9</u>

**Docket Text:**
**JUDGMENT In A Civil Case. by Sue Beitia, Clerk/G. Santos, Deputy Clerk on 5/20/08. (gls, )**

**1:07-cv-404 Notice has been electronically mailed to:**

Michael K. Kawahara   mike.kawahara@usdoj.gov, USAHI.ECFNarcotics@usdoj.gov, rowena.kang@usdoj.gov

Thomas J. Brady   tom.brady@usdoj.gov, USAHI.ECFNarcotics@usdoj.gov, shelli.mizukami@usdoj.gov

**1:07-cv-404 Notice will not be electronically mailed to:**

Jesus Cacho
93666-198
CI TAFT
CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 7001
TAFT, CA 93268

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=5/20/2008] [FileNumber=498026-0]

[bbc4bf84e73ab8077f5b6335e0e2c43004f6c3536a8533c15dd46c2109171849b46a
57da50e0be9850e1a2d85d9d3f7632d62773a2c1a2b7d70c3fbc5cd40aa1]]