## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 18, 2008

Jesus Cacho
REG 93666-198
Federal Detention Center
P.O Box 30080
Honolulu, Hawaii 96820

RE: Letter Dated June 3, 2008

Dear Mr. Cacho,

The copy cost for the Docket sheet you have requested is $1.50 (3 pages @$.50 per page). Transcript request can be placed with Court Reporter Debra Bediamol @ 808-781-8256.

Docket sheet copy payment either via check or money order to:

United States District Court
Clerks Office
C338
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Sincerely

SUE BEITIA, Clerk

By;

Deputy Clerk

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 23 2008
DISTRICT OF HAWAII

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 18 2008
DISTRICT OF HAWAII

Jesus Cacho
Reg. No.: 93666-198
Federal Detention Center, Honoulu
Post Office Box 30080
Honolulu, Hawaii 96820

June 03, 2008.

United states District Court
District of Hawaii
Clerk's Office
300 Ala Moana Boulevard, C-338
Honolulu, Hawaii 96850-0338

In re: Docket Sheet CV-0700404-JMS related to CR-05-00164-02-JMS, Transcripts of the last four proceedings, Change of address, and payment of the fine.

Dear Clerk:

Your assistance is required to provide how long are and what the cost will be of either the Docket Sheet, and the last four proceedings in this case, in order that I can send you a check to obtain copies of said Docket Sheet and Transcripts.

Enclosed also please find a $25.00 Dollars check, this money is in payment of my fine.

Please make the necessary arrangements and sent a receipt back to me at the above bolded address where I am waiting my criminal proceedings.

I thank you in advance for your help and cooperation, which will be greatly appreciated.

Sincerely,

Jesus Cacho

CC: P/C