RECEIVED
CLERK U.S. DISTRICT COURT

JUL 17 2008

ﾟ10p-
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 17 2008
at 2 o'clock and 10 min. P M
SUE BEITIA, CLERK

Jesus Cacho
Reg. No.: 93666-198
Taft Correctional Institution
Post Office Box 7001
Taft, California 93268-7001

July 14, 2008.

United States District Court
District of Hawaii
Clerk's Office
300 Ala Moana Boulevard
Room C-338
Honolulu, Hawaii 96850-0338

    Re: Change of Address and photocopies fees.
        CR 05-00164JMS-02

Dear Clerk:

    I am on receipt of your correspondence dated June 30, 2008., as I mentioned in my past correspondence, I am requesting your assistance to obtain copies specificly of items: 79, 99 which was returned as you can read on item 103, and when it become free of restriction, item 100.

    Please provided me with the quantities of pages and the cost it will be for said items and please used the self-addressee envelope included herein for your convenienced. Due that I still have experimented some problems in receiving your correspondence previously opened and read.

    I thank you in advance for your time ann help, which is greatly appreciated, in regarding this matter.

Sincerely,

*Jesus Cacho*

CC: P/C