Jesus Cacho
Reg. No. 93666-198
C.I. Taft, A2A/57Up
Post Office Box 7001
Taft, California 93268-7001

"Special Legal Mail"

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 17 2008
DISTRICT OF HAWAII

United States District Court
District of Hawaii
Clerk's Office
300 Ala Moana Boulevard
Room C-338
Honolulu, Hawaii 96850-0338

TAFT CORRECTIONAL INSTITUTION
P.O. BOX 7000 - TAFT, CA 93268

THE ENCLOSED MAIL WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE MAIL HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS. 7-15-08

BAKERSFIELD CA 933
MOJAVE CA
15 JUL 2008 PM 2 L